## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WALT FAMULAR, on behalf of himself and all others similarly situated,<br><br>      Plaintiff,<br><br>  v.<br><br>WHIRLPOOL CORPORATION,<br><br>      Defendant. | CASE NO. _____<br><br>**CLASS ACTION COMPLAINT**<br><br>**JURY TRIAL DEMANDED** |

Plaintiff Walt Famular ("Plaintiff"), by his attorneys, makes the following allegations pursuant to the investigations of counsel and upon information and belief, except as to the allegations specifically pertaining to himself or his counsel, which are based on personal knowledge:

## NATURE OF THE ACTION

1. This is a class action against defendant Whirlpool Corporation ("Whirlpool" or "Defendant") for misrepresenting the water and energy efficiency of Maytag Centennial washing machines, model numbers MVWC6ESWW0, MVWC6ESWW1, and MVWC7ESWW0 (the "Mislabeled Washing Machines"), by promoting them as ENERGY STAR®-qualified and labeling them with the ENERGY STAR® logo.[1]  In fact, the Mislabeled Washing Machines do

---

[1] The MVWC6ESWW1 is the basic model.  The MVWC6ESWW0 adds an EMI/RFI filter to reduce electrical and radio interference.  It shares the same ENERGYGUIDE label as the MVWC6ESWW1.  The MVWC7ESWW0 adds a glass top for cosmetic purposes.  Otherwise, the interior and exterior parts are virtually identical.  These three models share, among other parts, the same motor, cabinet, electric wiring, control knobs, timer knobs, wash basket, agitator,

*not* meet the ENERGY STAR® efficiency standards, and consume significantly more water and energy than their labels state.

2.    ENERGY STAR®-qualified washing machines are required by the U.S. Department of Energy ("DOE") to exceed minimum standards for water and energy efficiency. Qualified washing machine models use approximately 50% less water and 37% less energy than standard models. According to Whirlpool's own 2010 Product Catalogue, the ENERGY STAR® program "mean[s] the appliance exceeds the federal minimum efficiency standards as set forth by the Environmental Protection Agency and the U.S. Department of Energy, helping to save money on utility bills." *See* Exhibit A. ENERGY STAR®-qualified appliances are more expensive than standard models, but they come with the promise of reduced water and energy bills that, over time, will generate enough savings to recoup the higher price. This is the fundamental bargain the ENERGY STAR® program offers: consumers pay a higher up-front purchase price but save more on water and energy bills ("Utility Bills") over time using the product.

3.    As a result, there is tremendous demand by consumers for ENERGY STAR®-qualified appliances and products that bear the distinctive ENERGY STAR® mark. According to the DOE's General Counsel, Scott Blake Harris, "The ENERGY STAR® label is a critical tool for consumers looking to save energy and money with their appliances." In fact, "[t]he ENERGY STAR mark ranks among the highest level of influence on product purchase among all consumer emblems, similar in ranking to the Good Housekeeping Seal."

4.    An independent study commissioned by Whirlpool confirms that the "majority of consumers look for [the] ENERGY STAR label when making purchase decisions." A 2012

---

drive tube, pump, and clutch. Furthermore, they have identical energy usage, water usage, and load capacity.

National Association of Home Builders ("NAHB") Home Trends & Buyer Preferences survey also acknowledged that ENERGY STAR® appliances were the feature most desired by homebuyers, picked by 94% of respondents.

5.      To capitalize on this demand, Whirlpool engaged in a long-term advertising campaign in which Whirlpool utilized various forms of media to consistently and uniformly promote the Mislabeled Washing Machines as ENERGY STAR®-qualified.  For example, Whirlpool's national print media campaign featured the ENERGY STAR® mark, along with energy efficiency messaging, and reached over 550 million consumers in 2009 alone.

6.      Defendant's promotion and sale of the Mislabeled Washing Machines as ENERGY STAR®-qualified, when in fact they are not, is false and misleading, rendering the promised benefits of efficiency and Utility Bill savings illusory.  For Class members who purchased the Mislabeled Washing Machines, the promised savings from reduced Utility Bills never came.  Instead, Class members were hit with a costly double-whammy:  a higher up-front price due to the substantial price premium that ENERGY STAR® washing machines command in the marketplace, followed by higher Utility Bills over the washing machines' useful life, since its actual energy consumption and water usage is substantially higher than what was promised. Each Class member paid a higher initial price for their washing machine and will pay higher Utility Bills every month – month after month and year after year – for as long as the washing machine remains in use.

7.      Plaintiff seeks relief in this action individually, and as a class action on behalf of similarly situated purchasers of the Mislabeled Washing Machines, for breach of express warranty; unjust enrichment; violation of New York General Business Law § 349; and violation of New York General Business Law § 350.

## THE PARTIES

8.      Plaintiff Walt Famular is a citizen of New York, residing in Stony Point, New York.  Mr. Famular is a police officer by trade.

9.      Defendant Whirlpool is a Delaware corporation with its principal place of business in Benton Harbor, Michigan.  Whirlpool is one of the world's leading manufacturers of home appliances, with annual revenues of approximately $18.8 billion in 2013.  Whirlpool represents that it "is an industry leader in developing high-performance appliances that help conserve the earth's resources and allow homeowners to use resources more efficiently." Whirlpool's Chairman and CEO, Jeff M. Fettig, boasts on Whirlpool's corporate website, "At Whirlpool Corporation, we take our environmental responsibilities very seriously.  Just as we have taken a global approach to our home appliance business, we believe our world's environmental issues, such as climate change, must be addressed in a similarly comprehensive way.  This is why we continue to develop innovative products that minimize their impact on the environment while making our consumers' lives easier."  Since 1975, Whirlpool has played a leadership role in crafting every major appliance efficiency regulation, "including a leading role in setting the ENERGY STAR program standards."

## JURISDICTION AND VENUE

10.     This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332(d) because there are more than 100 class members and the aggregate amount in controversy exceeds $5,000,000.00, exclusive of interest, fees, and costs, and at least one class member is a citizen of a state different from Defendant.

11.     Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391 because Whirlpool does business throughout this district, a substantial part of the events giving rise to Plaintiff's claims took place within this district, and because Plaintiff resides within this district.

## FACTS COMMON TO ALL CLAIMS

### A.     The ENERGY STAR® Promise And Its Significant Effect On Consumers

12.     The Energy Policy and Conservation Act of 1975 ("EPCA"), 42 U.S.C. §§ 6291, *et seq.*, established an energy conservation program for major household appliances.  EPCA was amended by the National Energy Conservation Policy Act of 1978 ("NECPA"), Pub. L. 95-619, to, among other things, give the DOE authority to regulate the minimum water and energy efficiency of several products, including residential clothes washers.  Further amendments to EPCA in the National Appliance Energy Conservation Act of 1987 ("NAECA"), Pub. L. 100-12, established minimum water and energy efficiency standards for clothes washers.  In totality, the ECPA, NAECPA, and NAECA give the DOE authority to establish water and energy efficiency standards for clothes washers, "promote Energy Star compliant technologies," and "preserve the integrity of the Energy Star label."  42 U.S.C. § 6294a.

13.     ENERGY STAR® is a government-backed voluntary program, designed to "identify and promote energy-efficient products in order to reduce energy consumption, improve energy security, and reduce pollution through voluntary labeling of, or other forms of communication about, products and buildings that meet the highest energy conservation standards."  *See* 42 U.S.C. § 6294a.  The program is jointly administered by the DOE and the Environmental Protection Agency ("EPA").

14.     The ENERGY STAR® program is not a regulatory program;[2] rather, it consists of voluntary partnerships (with licensing agreements) between the DOE/EPA and industry participants that commit to manufacture products that meet the very highest standards of water and energy efficiency.  This licensing agreement, embodied in the standard partnership agreement ("Partnership Agreement") provides that both "parties concur that this agreement is wholly voluntary and may be terminated by either party at any time, and for any reason, with no penalty."  Furthermore, the Partnership Agreement states that the signatory or "partner will not construe, claim, or imply that its participation in the ENERGY STAR program constitutes federal government approval, acceptance, or endorsement of anything other than Partner's commitment to the program.  Partner understands its participation in the ENERGY STAR program does not constitute federal government endorsement of Partner or its buildings, homes, products, services, or industrial facilities."

15.     To qualify for the ENERGY STAR® program, residential washing machines, including the Mislabeled Washing Machines, must be at least 37% more energy efficient than the minimum energy efficiency standard mandated by federal law, plus they must meet stringent energy and water efficiency criteria including specified Modified Energy Factor ("MEF") and Water Factor ("WF") levels.  MEF is a comprehensive measure of energy efficiency that considers the energy used for washing, including the energy used to operate the washing machine and to heat the water.  The higher the MEF, the more efficient the product.  WF is a measure of water efficiency and is calculated as gallons of water used per cubic foot of capacity. The lower the WF, the more efficient the clothes washer.  On March 7, 2008, the DOE released updated criteria (effective July 1, 2009) increasing efficiency criteria by five percent (5%) over

---

[2] This is in stark contrast to the ECPA, which imposes *mandatory* minimum energy-efficiency standards on certain products.

the prior level.  Under the updated criteria, ENERGY STAR®-qualified clothes washers must have an MEF of 1.8 or greater (MEF ≥ 1.8) and a WF of 7.5 or lower (WF ≤ 7.5).  The ENERGY STAR® website's "for consumers" page provided this same specification information to consumers.[3]

16.    Since ENERGY STAR® is widely recognized as the preeminent brand for energy efficient products, participation in the ENERGY STAR® program has a significant impact on the marketability of products.

17.    The most significant tool used in the ENERGY STAR® program is the ENERGY STAR® label that incorporates the ENERGY STAR® certification mark.  All appliances with the ENERGY STAR® label are required to meet the strict energy efficiency guidelines set by the EPA and the DOE, which require the Mislabeled Washing Machines to use at least 37% less energy than the maximum permitted under the NAECA, as well as up to 50% less water than non-certified models.

18.    The message and promise conveyed by the ENERGY STAR® logo is that the appliance is ENERGY STAR®-qualified and thus complies with the strict water and energy efficiency level required by the ENERGY STAR® program.  Because the product is ENERGY STAR® qualified, it will enable consumers to maximize their water and energy savings while helping to protect the environment.  The national retailers that dominate the appliance market rely extensively on ENERGY STAR®-related promotions, as well as the distinctive logo, to sell appliances and bring consumers to their stores.

---

[3] *See*
http://www.energystar.gov/products/specs/system/files/Clothes_Washers_Program_Requirements.pdf



19.     The campaign to promote ENERGY STAR® has continued for well over a

decade.  To promote the message of water and energy efficiency and savings, the EPA launched

a broad outreach campaign in 1997, encouraging consumers to look for the distinctive ENERGY

STAR® label.  The campaign prominently mentioned the environmental benefits of the

ENERGY STAR® program, but the focus was still on the financial savings that consumers could

realize through superior energy efficiency.  According to the EPA, the first consumer campaign

had three key messages:

> **ENERGY STAR saves you money and protects the environment.**  Use of
> qualified products in your home can mean up to 30 percent savings.

> **The second price tag.**  Products have two price tags: the purchase price plus the
> cost of electricity needed to use the product over its lifetime.

> **An easy choice.**  Either the product is energy efficient because it displays the
> ENERGY STAR label, or it isn't.

20.     To facilitate the guiding principle of easily identifying efficient appliances that

offer savings on utility bills, the EPA set up specific promotional and labeling guidelines for

ENERGY STAR®-qualified appliances and the use of its distinctive ENERGY STAR® mark as

a label.  Specifically, the publication titled "Using the Energy Star Identity to Maintain and Build

Value" provides examples, guidelines and recommendations by the EPA "on how to get the

greatest value of the Certification Mark," *available at*

http://www.energystar.gov/ia/partners/logos/downloads/BrandBook508r.pdf.  For one, the mark

"may never be associated with products … that do not qualify as ENERGY STAR."  *Id.* at 4.0.

21.     These marketing and educational efforts have culminated in one of the most

recognizable, global symbols for energy efficiency.  Scott Blake Harris, General Counsel for the

DOE, has stated that "[t]he ENERGY STAR® label is a critical tool for consumers looking to

save energy and money with their appliances."

22.     In fact, the ENERGY STAR® label was *specifically engineered* to convey a

simple message to consumers:  that a given appliance meets rigorous energy efficiency

standards.  A product either meets ENERGY STAR® criteria, or it does not.  In the words of

Whirlpool's Vice President of Government Relations, Tom Catania, "ENERGY STAR Makes it

Simple" – it is "[a]warded to products that *meet [] strict efficiency criteria set by the U.S.*

*Department of Energy and the U.S. Environmental Protection Agency*" (emphasis added).

23.     Maura Beard, a former director of strategic communication at the EPA for the

ENERGY STAR® Program, stated that:[4]

> The value of Energy Star for consumers is the fact that it's binary – that yes/no
> part of Energy Star, I think is a really important … attribute of the brand.  So,
> when a consumer's picking a dishwasher, they're not looking at a sticker trying to
> decide, "Ok, this is a C on an ABCDEF … and trying to decide whether that's
> how that value of a C might relate to all the other attributes of, of the appliance…
> *[W]ith Energy Star, it's a yes/no, it has it or it doesn't, and when it has it, it*
> *means one thing* … and I think that has tremendous value for the mainstream
> marketplace. (emphasis added).

24.     For instance, in a January 2006 letter to the Federal Trade Commission ("FTC"),

Whirlpool wrote that "Whirlpool and the Association of Home Appliance Manufacturers

(AHAM) conducted a consumer research study where a nationally representative sample of

1,000 respondents compared the current [ENERGYGUIDE] label with three alternatives…  The

---

[4] Pew Center on Global Climate Change Best Practices Conference, April 7, 2010.

purpose of the study was to … determine which label design which, with an ENERGY STAR®

logo added, ***most clearly conveyed high efficiency of that appliance***.  The goal was to determine

which label provided the consumer with the best information on the relative and absolute energy

consumption of a particular model appliance.  It was equally important that the label <u>not</u> create

the impression that it included information on anything other than energy consumption; that is,

that it not imply anything about product quality, product performance or any other non-energy

characteristic." (bold and italicized emphasis added, underline in original).

  25. The ENERGY STAR® label is more than a symbol.  It is "extremely successful

as an informational device."  Declaration of Catherine Zoi, Assistant Secretary, Office of Energy

Efficiency and Renewable Energy, *LG Electronics U.S.A., Inc. v. DOE, et al.*, No. 09-2297-JDB

(D.C. Dec. 23, 2009), Dkt. No. 10-7, at ¶ 19.  It sends an unequivocal message to consumers:

the labeled product is ENERGY STAR® qualified – it meets the mandatory minimum efficiency

standard required by the ENERGY STAR® program.

  26. The DOE and EPA have found that "[s]ubstantial portions of U.S. households in

the surveyed population recognize, understand, and are influenced by the ENERGY STAR

label."  This is supported by a prominent national survey conducted in 2011, which found that

85% of households had at least a general understanding of the label's purpose, including 75%

that had a "high understanding."

  27. That same survey found the ENERGY STAR® logo material, influencing the

purchasing decisions of 88% of households that recognized it, including 76% whose purchase

decisions were influenced "very much" or "somewhat."

  28. In September 2010, the EPA prepared a PowerPoint presentation entitled "Energy

Star® Sales Associate Training – Clothes Washers."  The EPA's PowerPoint presentation

emphasizes that the ENERGY STAR® logo helps consumers easily identify energy-efficient products and that "[t]he ENERGY STAR mark ranks among the highest level of influence on product purchase among all consumer emblems, similar in ranking to the *Good Housekeeping Seal*." The PowerPoint presentation also included the following slide showing that the ENERGY STAR® label has an influence on 91% of consumers:



29.     Moreover, Whirlpool's own internal survey data supports a similar finding of materiality. On March 14, 2011, Whirlpool issued a press release stating: "According to a Whirlpool Corporation survey … energy efficiency is more important than ever in the purchase decision of consumers shopping for major appliances. The majority of U.S. consumers (72%) said they actively look for the ENERGY STAR® label when making purchase decisions." Similarly, on November 5, 2004, Whirlpool submitted a position paper to the DOE stating that

"consumers recognize the ENERGY STAR mark as an indication that they will incur lower operating costs with these products."

30.     Earlier this year, on the 20th anniversary of the ENERGY STAR® program, the EPA issued a book entitled "Energy Star® Products – 20 Years of Helping America Save Energy, Save Money and Protect the Environment."  In the book, the EPA stated:

> Twenty years later, ENERGY STAR is a ***global symbol for energy efficiency***. EPA recognizes ENERGY STAR products in more than 60 categories.  More than 80 percent of U.S. consumers recognize and understand the label, collectively buying an estimated 300 million ENERGY STAR qualified products every year. (emphasis added)

31.     In that book, Whirlpool's Government Relations Senior Specialist Nick Gillespie stated:

> Throughout the last 20 years, ENERGY STAR has been the market transformation program catalyzing manufacturers to introduce eco-efficient appliances into the market place that significantly benefit the consumer and the environment.  Although ENERGY STAR is a voluntary program, it did not take long for Whirlpool Corporation to see the potential in and help formulate what has been ***one of the most recognizable brands of its kind****....*  Our ongoing commitment to the growth, success and integrity of the ENERGY STAR partnership has been a strong source of pride for Whirlpool Corporation for the last 20 years. (emphasis added)

32.     In that same publication, Marc Hoffman, Executive Director of the Consortium for Energy Efficiency ("CEE"),  stated:

> When the federal government came up with the concept for ENERGY STAR and then extended it to appliances, CEE carefully deliberated before incorporating the brand into its own plans for advancing efficiency.  Over time the decision of CEE members to adopt ENERGY STAR as their marketing platform for energy efficiency has proven to be a great one.  Surveys show that ENERGY STAR is an important endorsement label for consumers and that it plays an equally important role as a marketing platform for myriad energy efficiency programs.
>
> ***
>
> EPA maintains a brand that simply and credibly identifies cost-effective-energy-saving opportunities that do not compromise amenity or reliability.  In turn, CEE members actively promote the ENERGY STAR in their energy-savings programs,

thereby simplifying energy efficiency decision-making for their customers and helping to grow the brand.  ENERGY STAR also presents an excellent rallying point for energy efficiency organization and industry to work cooperatively.  We consider ENERGY STAR to be America's most trusted and recognized brand for energy efficiency.

33.     A 2012 NAHB Home Trends & Buyer Preferences survey[5] acknowledged that ENERGY STAR® appliances were the feature most desired by homebuyers, picked by 94% of respondents.

34.     There is no doubt that appliance manufacturers such as Whirlpool consider the ENERGY STAR® label to be a "promise" of "savings" and "energy efficiency."

35.     For example, on September 5, 2008, Whirlpool issued a press release titled "Whirlpool Corporation Leads Industry in Energy Efficiency; Company's ENERGY STAR(R) Qualified Appliances Deliver Promised Savings."  The article, released in response to reports of competitors exceeding reported energy ratings, was released to "reassure consumers that all of its French Door Bottom-Mount refrigerators – sold under the Whirlpool, Maytag, KitchenAid and Amana brands – have legitimately earned the ENERGY STAR credential by rigorously following the required energy testing procedures."  Furthermore, Phil Pejovich, vice president of refrigeration, Whirlpool North America, stated:  "We want consumers to know that when they purchase French Door Bottom-Mount refrigerators – and all ENERGY STAR qualified appliances by Whirlpool – they can do so with the confidence that they will deliver energy savings as communicated in-store, on the product and in the product literature."  Mr. Pejovich further added:

> Consumers who proactively seek ENERGY STAR qualified products are being deprived of the opportunity to effectively comparison shop based on energy consumption, not because of a problem with the test procedure, but by the failure of some manufacturers to follow it.

---

[5] According to the NAHB, these results were obtained by surveys performed by NAHB and Better Homes and Gardens.

> We also are concerned for companies that purchase products from these manufacturers and re-sell them under their own brand names. They may be unwittingly depriving consumers of the energy savings and environmental benefits they expect of genuine ENERGY STAR qualified refrigerators.

36.     That same day, Michael A. Todman, President of Whirlpool North America, participated in a Morgan Keegan Equity Conference and stated: "***ENERGY STAR qualifications essentially say that there are significant savings from a consumer perspective***.  So against the conventional appliances for electricity, okay, with an appliance that's ENERGY STAR qualified is on average about a 31% savings." (emphasis added).  He further declared: "If you put it into real terms, there is a slight premium that consumers will pay for [ENERGY STAR®] appliances. But they're looking for pay back and right now on average the pay back period for [ENERGY STAR®] qualified appliances is around three, a little over three years, 3.4 years."

37.     Similarly, on March 9, 2009, Jeff M. Fettig, Chairman and Chief Executive Officer of Whirlpool, attended a Raymond James Institutional Investors Conference and boasted:

> We've been really championing the ENERGY STAR program and fundamentally reducing the energy efficiency in appliances.  We think it's also a compelling value story, and you'll see a lot of this at our point of sale, in stores on our products about the value opportunity for consumers.
>
> This is just an example of a typical product today in the marketplace.  You can see the conventional appliance, which is what I would call a non-ENERGY STAR appliance.  Although the initial purchase price is less, the cost of ownership over a 10-year cycle is higher.  The product on the right is a comparable product with energy efficiency ratings.  You pay a little bit more on the front end, but you save about 20% over the life of the product.  And if you compare that to an existing product that's over 10 years old, then it's more than 50%.  It's a dramatic opportunity for consumers to save and we're seeing very strong interest in our energy offerings in the marketplace today.

38.     In his presentation, Mr. Fettig showed several slides regarding Whirlpool's participation in the ENERGY STAR® program and the savings consumers could expect from purchasing ENERGY STAR®-qualified products in comparison to conventional appliances.  Mr. Fettig's slides included the ENERGY STAR® logo ***to represent ENERGY STAR® qualified appliances***:



39.     On April 7, 2010, Tom Catania, Whirlpool's Vice President for Government

Relations, participated in the Pew Center on Global Climate Change Best Practices Conference.

Mr. Catania made a presentation entitled "Increasing the Value of Energy Efficiency to the

Consumer: The Case of Major Home Appliances."  In the presentation, Mr. Catania extolled the

virtues of the ENERGY STAR® program and its distinctive and easily recognizable mark.  For

example, Mr. Catania presented a slide titled "ENERGY STAR Makes it Simple."  The

"Confidential" slide, reproduced below, included the ENERGY STAR® logo and touts the

importance of the logo as the "National symbol for energy efficiency."

15



# ENERGY STAR Makes it Simple



• National symbol for energy efficiency

• Awarded to products that meet of strict efficiency criteria set by the U.S. Department of Energy and the U.S. Environmental Protection Agency

 

WWW.ENERGYSTAR.GOV

WHIRLPOOL CORPORATION • CONFIDENTIAL

40.    The "Confidential" slide further states that the ENERGY STAR® mark is "[a]warded to products that meet [] strict efficiency criteria set by the U.S. Department of Energy and the U.S. Environmental Protection Agency."

41.    Mr. Catania also acknowledged that 84% of consumers "trust" the ENERGY STAR® program and its distinctive symbol.  Another "Confidential" slide accompanying Mr. Catania's presentation is reproduced below:



42.     Participation in the ENERGY STAR® program has a significant impact on the marketability of products.  The message conveyed by the ENERGY STAR® logo is that the consumer can maximize his or her savings while helping to protect the environment.  The national retailers that dominate the appliance market rely extensively on ENERGY STAR®-related promotions to bring consumers to the store and sell washing machines.

**B.     Whirlpool's Reliance On The ENERGY STAR® Logo In The Marketing And Sale Of The Mislabeled Washing Machines**

43.     Whirlpool sought to capitalize on this tremendous demand for ENERGY STAR® products by conducting a long-term campaign over several years, in several forms of media, in which Whirlpool consistently and uniformly promoted its products, including the Mislabeled

Washing Machines, as ENERGY STAR®-qualified.  Whirlpool advertised and identified these models as ENERGY STAR® qualified products by prominently displaying the ENERGY STAR® symbol in promotional materials, including print, internet, and other media; product literature including spec sheets; and by attaching the ENERGY STAR® logo on the Mislabeled Washing Machines themselves.

44.    Whirlpool's Chairman and CEO, Jeff M. Fettig has boasted "[w]e've been really championing the ENERGY STAR program and fundamentally reducing energy efficiency in appliances.  We think it's a compelling value story, and you'll see a lot of this at our point of sale, in stores on our products about the value opportunity for consumers."

45.    In fact, Whirlpool has received numerous awards from the EPA in connection with its marketing and promotion of ENERGY STAR®-qualified products, including seven consecutive ENERGY STAR® awards for "Sustained Excellence."  For example, in 2008 Whirlpool announced that it had received the ENERGY STAR® Award for "Sustained Excellence" for certain key accomplishments, including "integrat[ing] its ENERGY STAR commitment throughout operation by continuously promoting the benefits of ENERGY STAR to its trade partners, employees, and consumers."  Key achievements include, among others:

- Offering a full line of appliances to meet ENERGY STAR® criteria, and that are sold across the nation under high-profile brand names, including Whirlpool, Maytag, Kenmore, and KitchenAid.

- Demonstrating exceptional leadership with regard to ENERGY STAR® training efforts.

- Emphasizing ENERGY STAR® in all internal training materials.

- Making ENERGY STAR® a major focus of external trainings, including outreach to Whirlpool's national retail partners.

46.    In 2009, Whirlpool announced that it had received the Sustained Excellence award for the fourth year in a row for "continuously promot[ing] the benefits of ENERGY STAR

to its trade partners, employees, and consumers." As an active ENERGY STAR® partner since 1998, Whirlpool received the award for the following key accomplishments:

- Developing ENERGY STAR®-themed national promotions, which were featured in Whirlpool's Resource Innovations newsletter and on the ENERGY STAR® Special Deals Finder.

- Offering a full line of appliances that meet ENERGY STAR® criteria and are sold across the nation under various high-profile brand names including Whirlpool, Maytag, Kenmore, KitchenAid, Amana, Gladiator, and others.

47.    In 2010, Whirlpool announced that the "Company [was] being recognized for its exceptional efforts to manufacture, market, and promote ENERGY STAR qualified products." Whirlpool noted that it received the ENERGY STAR® Award for "Sustained Excellence" for certain key accomplishments, including:

- Delivering ENERGY STAR® training and marketing to retailers, housing industry representatives, utility companies, and consumers. Whirlpool's 2009 national print media featured creative executions that included the ENERGY STAR® mark, along with energy and water efficiency messaging that reached over 550 million consumers.

- Educating and training more than 61,000 national retailer sales associates on the benefits of ENERGY STAR®-qualified products.

48.    In 2011, Whirlpool announced that it was again awarded the ENERGY STAR® Sustained Excellence recognition for "its outstanding efforts to design, produce, and market ENERGY STAR qualified appliances." Additional key accomplishments include:

- Providing a hands-on training and learning experience for retail associates in fall 2010. During a 7-week tour in more than 70 cities across the country, associates learned the latest product innovations and key selling points for ENERGY STAR qualified appliances.

49.    In 2012, Whirlpool announced that it was again awarded the ENERGY STAR® Sustained Excellence award. According to the EPA, in "2011, Whirlpool stepped up its longstanding commitment to design, produce, and market ENERGY STAR qualified appliances"

and was recognized for "its outstanding efforts to design, produce, and market ENERGY STAR qualified appliances."  Additionally, Whirlpool secured over one billion ENERGY STAR® impressions in a wide variety of media including point-of-purchase education and advertising. Specifically, key accomplishments include:

- Offering training and continued education on ENERGY STAR® and energy efficiency for trade customers, designers, key influencers, and sales associates at its innovative World of Whirlpool experience center.

- Promoting ENERGY STAR® through public relations outreach efforts – including press release distribution, targeted media outreach, experimental events, and point-of-purchase education and advertising – achieving more than 1.3 billion impressions in 2011.

50.     Moreover, in September 2008, after news broke that appliance made by a competing manufacturer had been found to consume far more energy than their reported energy ratings, Whirlpool issued a press release assuring consumers that all of its refrigerators "have legitimately earned the ENERGY STAR credential by rigorously following the required energy testing procedures."  The press release further stated that "Whirlpool Corporation asserts that all of its ENERGY STAR qualified products are in full compliance with ENERGY STAR requirements."  *See* http://investors.whirlpoolcorp.com/common/mobile/iphone/releasedetail.cfm?ReleaseID=531663 &CompanyID=ABEA-5DXEK8&mobileid=# (last visited July 28, 2014).

51.     Similarly, Whirlpool aggressively marketed the Mislabeled Washing Machines based on their ENERGY STAR® qualification.  Whirlpool conducted a systematic, broadly disseminated, sustained, widespread, multi-year advertising campaign, misrepresenting that the Mislabeled Washing Machines were ENERGY STAR® qualified.  Whirlpool advertised and identified these models as ENERGY STAR®-qualified products by prominently displaying the ENERGY STAR® symbol in promotional materials and product literature, including print,

internet, and other media, and by attaching or affixing the ENERGY STAR® logo on each and every Mislabeled Washing Machine.

52.     For example, in Whirlpool's "Know Before You Go" buying guide for washers and dryers, Whirlpool emphasizes the materiality of the energy and water usage of a washer in the decision making of consumers.  Moreover, Whirlpool represents that products which are ENERGY STAR®-qualified save consumers money through lower usage costs.



http://www.hustedmaytagappliance.com/WashDrybuyguide.pdf

53.     Moreover, in promotional brochures or print ads for the MVWC6ESWW printed in the spring of 2009, reproduced below, "NEW! ENERGY STAR® Qualification" is listed as the first feature of the product, along with an oversized image of the distinctive ENERGY STAR® logo alongside a photo of the model.  According to the promotional brochure, "[t]his 4.0 Cu. Ft. I.E.C. capacity washer pays for itself in just over 6 years" and "[s]ave[s] money on utility bills while getting excellent cleaning results…."



**NEW!**
**ENERGY STAR® Qualification**
This 4.0 cu. ft. I.E.C. capacity washer pays for itself in just over 6 years.* Save money on utility bills while getting excellent cleaning results, even in large loads.

*Compared to pre-2004 conventional washers, based on a 10-year life.



**Maytag® Commercial Technology (MCT)**
Centennial® laundry pairs bring long-lasting, commercial-grade components to your home. With MCT, the washer transmission features parts that have been tested to twice the life.**

**Components tested to 20 years include drive shaft, spin gear and synthetic oil.



**3x3 Spray System**
New spray technology with Auto Load Sensing gives exceptional cleaning performance from every angle. 3x3 uses 3 spray jets to wash, rinse and repeat to fight tough stains using less water.



# CENTENNIAL

## Centennial® Laundry Pair

### MVWC6ESWW WASHER

### MEDC700V (Electric)
### MGDC700V (Gas) DRYER

Spring 2009

**MAYTAG**

http://insideadvantage.com/assets/pdfs/cms/MVWC6ESWW.pdf

54.     Similarly, a print ad for the MVWC6ESWW displayed in the April 13, 2010 issue of *Broadcaster Press* by retailer Larry's Appliance, reproduced below, prominently displays the ENERGY STAR® logo to tout energy and water savings.  The ad, which includes an oversized image of the distinctive ENERGY STAR® logo superimposed on the Mislabeled Washing Machine, states the washer "Pays For Itself In Just Over 6 Years!":



55.     Additionally, the 2009 Maytag Laundry or product catalogue (2009 Product Catalogue) is replete with references to and images of the distinctive ENERGY STAR® logo. For example, an introductory page at the beginning of the 2009 Product Catalogue, titled "Pick the pair that meets your needs," prominently displays the following representation:



56.     Further, the 2009 Product Catalogue repeatedly touts that the Mislabeled Washing Machines are ENERGY STAR® qualified, which results in substantial energy and water saving benefits.  For example, under the heading "Is This Product Right for You", Whirlpool claims the Mislabeled Washing Machines use "65% less water and 49% less energy."

**Is this product right for you?**

| Was your previous top load laundry pair built to last with commercial-grade parts? | Would you like to have a more efficient washer without giving up your preference for top load style? | Does your dryer tend to overdry your clothes with high heat? |
| --- | --- | --- |
| Centennial® laundry pairs feature Maytag® Commercial Technology (MCT), which is a series of long-lasting, commercial-grade components for your home. This includes the washer's transmission, steel-reinforced baseframe and leveling legs, plus the dryer's belt, drum rollers, steel-reinforced baseframe and 1/3-HP motor. | The new Centennial® washer (model MVWC6ESW) is ENERGY STAR® qualified, using 65% less water and 49% less energy* in a configuration you've come to know. Plus, it features 3x3 Surround Spray, which uses three spray jets to wash, rinse and repeat for a better cleaning wash system that also saves water. | Thanks to the GentleBreeze™ drying system, you'll no longer have to worry. It quickly and efficiently dries clothes for more consistent results. Plus, the IntelliDry® sensor measures moisture to stop the cycle when complete. This prevents overdrying, and could save you up to $140 over the life of the dryer.** |

57.     In fact, in the 2009 Product Catalogue Whirlpool touts ENERGY STAR® qualification as one of the "Key Product Features" of the Mislabeled Washing Machines, once again prominently displaying an oversized image of the distinctive ENERGY STAR® logo

superimposed on alongside a photo of the Mislabeled Washing Machine.  A copy of the Key

Product Features page is reproduced below:



58.    Whirlpool also displays an oversized image of the distinctive ENERGY STAR®

logo superimposed on the Mislabeled Washing Machines alongside a photos of other, non-

ENERGY STAR® clothes washers, to distinguish the Mislabeled Washing Machines:



59.     Additionally, the product "Spec Sheet" for the Mislabeled Washing Machine maintained on Whirlpool's website, notes that "ENERGY STAR® Qualification" of the Mislabeled Washing Machine will result in savings on "utility bills":



http://insideadvantage.com/assets/pdfs/cms/MMLL172.pdf

60.     If there were any ambiguities on the part of consumers over the meaning of ENERGY STAR®, Whirlpool also included a glossary of terms in the 2009 Product Catalogue, titled "Feature Definitions" in which Whirlpool explains that ENERGY STAR®-qualified appliances "help lower utility bills." A copy of the definition is reproduced below:

> **ENERGY STAR® Qualified**
> Select Maytag® washers are ENERGY STAR® qualified to help lower utility bills while delivering excellent cleaning performance.

61.     As with the 2009 Product Catalogue, the 2010 Maytag Laundry or product catalogue (2010 Product Catalogue), is replete with references to and images of the distinctive

ENERGY STAR® logo.  Similarly, in the 2010 Product Catalogue, Whirlpool touts ENERGY

STAR®-qualification of the Mislabeled Washing Machines, prominently displaying an oversized

image of the distinctive ENERGY STAR® logo superimposed on alongside a photo of the

Mislabeled Washing Machines.  According to the 2010 Product Catalogue, the ENERGY

STAR® qualification of the Mislabeled Washing Machines, including model numbers

MVWC6ESW and MVWC7ESW, "means you'll save money on monthly utility bills …":



62.     Again to erase any ambiguities on the part of consumers over the meaning of

ENERGY STAR®, Whirlpool also included a glossary of terms in the 2010 Product Catalogue,

titled "Feature Definitions" in which Whirlpool explains that ENERGY STAR®-qualification

"mean the appliance exceeds the federal minimum efficiency standards as set forth by the

Environmental Protection Agency and the U.S. Department of Energy, helping to save money on

utility bills."

63.     Furthermore, Whirlpool's website, www.whirlpool.com, explains the meaning of

"ENERGY STAR® Qualified" and directs consumers to "look for the ENERGY STAR mark"

when shopping for appliances.  A screenshot of the image on Whirlpool's website is reproduced below:



**Q. What does ENERGY STAR® qualified mean?**

A. ENERGY STAR® qualified appliances incorporate advanced technologies that use at least 10-50% less energy and water than standard models — and many Whirlpool® ENERGY STAR® appliances offer even greater efficiency. The money you save on your utility bills can more than make up for the cost of a more expensive but more efficient ENERGY STAR® model. When shopping, look for the ENERGY STAR® mark on the EnergyGuide label of the appliance — that's how to tell if it's ENERGY STAR® qualified.

Source: energystar.gov

http://schedule.whirlpool.com/content.jsp?sectionId=1338#faq&wtpc=&wtcgn=CashForAppliances&wtcgs=CFA_Home&wtti=FaqCFA (last visited Apr. 17, 2013).

64.     Whirlpool also maintains a list of its ENERGY STAR®-qualified clothes washers on its website, further emphasizing the misrepresented energy and water savings of the Mislabeled Washing Machines, which are listed as models MVWC6ESW*+ and MVWC7ESW#** (as noted on the EnergyStar.gov website,[6] "Model numbers often contain wildcard characters, such as *, #, and X, that are placeholders for non-energy attributes, such as color.").  In fact, Whirlpool's list mirrors the list of purportedly ENERGY STAR®-compliant appliances found on the EnergyStar.gov website.

---

[6] http://www.energystar.gov/index.cfm?fuseaction=clotheswash.display_column_definitions

Last Modified: 06/16/2010
Definitions of Terms Used in Column Headers

| Brand | Model | Product Name | Volume (cubic feet) | kWh/ year | Modified Energy Factor (MEF) | Federal Standard (MEF) | Percent Better | Water Factor | Annual Water Use (gallons/ year) | Active | Active Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **AMANA** | | | | | | | | | | | |
| Amana | NFW7200TW | | 3.11 | 216 | 1.93 | 1.26 | 53% | 4.5 | 5,486 | Yes | 9/22/08 |
| Amana | NFW7300W*+ | | 3.46 | 162 | 2.39 | 1.26 | 90% | 3.9 | 5,263 | Yes | 3/16/10 |
| Amana | NFW7500V*+ | | 3.51 | 187 | 2.22 | 1.26 | 76% | 4.2 | 5,751 | Yes | 1/27/09 |
| Amana | NFW7600X*+ | | 3.86 | 177 | 2.35 | 1.26 | 87% | 4.1 | 6,143 | Yes | 4/30/10 |
| **MAYTAG** | | | | | | | | | | | |
| Maytag | MHWE250X*+ | | 3.46 | 161 | 2.35 | 1.26 | 87% | 3.8 | 5,154 | Yes | 4/30/10 |
| Maytag | MHWE300*+ | | 3.47 | 160 | 2.18 | 1.26 | 73% | 4.3 | 5,822 | Yes | 8/12/08 |
| Maytag | MHWE300W#** | | 3.51 | 161 | 2.31 | 1.26 | 83% | 4.1 | 5,696 | Yes | 7/20/09 |
| Maytag | MHWE400W#** | | 3.86 | 165 | 2.59 | 1.26 | 106% | 3.8 | 5,765 | Yes | 7/20/09 |
| Maytag | MHWE450W#** | | 3.86 | 165 | 2.59 | 1.26 | 106% | 3.8 | 5,765 | Yes | 7/20/09 |
| Maytag | MHWE500V*+ | | 3.47 | 138 | 2.35 | 1.26 | 87% | 3.8 | 5,210 | Yes | 8/12/08 |
| Maytag | MHWE550W#** | | 3.86 | 147 | 2.66 | 1.26 | 111% | 3.6 | 5,462 | Yes | 7/20/09 |
| Maytag | MHWE900V*+ | | 3.79 | 141 | 2.58 | 1.26 | 105% | 3.6 | 5,274 | Yes | 1/27/09 |
| Maytag | MHWE950W#** | | 3.86 | 141 | 2.58 | 1.26 | 105% | 3.5 | 5,251 | Yes | 7/20/09 |
| Maytag | MHWE950W*+ | | 3.86 | 136 | 2.63 | 1.26 | 109% | 3.4 | 5,190 | Yes | 12/9/09 |
| Maytag | MHWZ400T*+ | | 3.46 | 139 | 2.45 | 1.26 | 94% | 3.9 | 5,222 | Yes | 8/21/07 |
| Maytag | MHWZ600T*+ | | 3.46 | 139 | 2.45 | 1.26 | 94% | 3.9 | 5,222 | Yes | 8/21/07 |
| Maytag | MHWZ600W*+ | | 3.46 | 139 | 2.45 | 1.26 | 94% | 3.9 | 5,222 | Yes | 12/9/09 |
| Maytag | MVWB300W#** | | 4.08 | 264 | 2.22 | 1.26 | 76% | 4.3 | 6,861 | Yes | 7/20/09 |
| Maytag | MVWB450W#** | | 4.31 | 282 | 2.21 | 1.26 | 75% | 4.2 | 7,062 | Yes | 7/1/09 |
| Maytag | MVWB700V*+ | | 4.08 | 252 | 2.23 | 1.26 | 77% | 4.4 | 7,101 | Yes | 7/16/08 |
| Maytag | MVWB750W#** | | 4.31 | 282 | 2.21 | 1.26 | 75% | 4.2 | 7,062 | Yes | 7/1/09 |
| Maytag | MVWB800V*+ | | 4.08 | 249 | 2.25 | 1.26 | 79% | 4.5 | 7,117 | Yes | 7/16/08 |
| Maytag | MVWB850W#** | | 4.31 | 277 | 2.25 | 1.26 | 79% | 4.3 | 7,384 | Yes | 7/1/09 |
| Maytag | MVWC5E5X#** | | 3.47 | 207 | 1.89 | 1.26 | 50% | 7.1 | 9,671 | Yes | 6/16/10 |
| Maytag | MVWC6E5W*+ | | 3.43 | 211 | 1.85 | 1.26 | 47% | 7.1 | 9,506 | Yes | 3/5/09 |
| Maytag | MVWC7E5WW#** | | 3.43 | 212 | 1.85 | 1.26 | 47% | 7.1 | 9,506 | Yes | 7/20/09 |
| Maytag | MD 1720 | | 1.9 | 141 | 1.89 | 1.26 | 50% | 7.1 | 5,288 | Yes | 2/1/08 |
| Maytag | MD 3720 | | 1.9 | 141 | 1.89 | 1.26 | 50% | 7.1 | 5,288 | Yes | 2/1/08 |

http://insideadvantage.com/assets/pdfs/cms/WP_EStarWashers.pdf

65.     Besides promoting the Mislabeled Washing Machines on its own website, Whirlpool provided retailers with promotional materials that reinforced its misleading marketing campaign.  For example, a listing for the model MVWC6ESWW on the website of online retail giant Amazon.com highlighted the model's purported ENERGY STAR® qualification at the very top of the product feature list:[7]

> This 4.0 cu. ft. I.E.C. energy star qualified washer pays for itself in just over six years compared to pre-2004 conventional washers, based on lifetime water and energy savings.

66.     Moreover, Lowe's marketed, for example, the Maytag Centennial model number MVWC7ESWW on its website alongside an oversized ENERGY STAR® logo displayed next to a photograph of the Mislabeled Washing Machine:

---

[7] Previously available at http://www.amazon.com/Maytag-Centennial-MVWC6ESWW-Top-Load-Washer/dp/B002ACHJF0/ref=cm_cr_pr_product_top/185-2908430-1600761 (accessed Jan. 4, 2012).



http://www.lowes.com/pd_142514-46-MVWC7ESWW_4294857976_?productId=3123237.

67.    In addition to a comprehensive internet campaign, Whirlpool voluntarily posted the ENERGY STAR® logo on the EnergyGuide label, which was packaged with each of the Mislabeled Washing Machines.  These EnergyGuide labels have been routinely displayed on Internet retailers' product websites for the Mislabeled Washing Machines and in or on the display models placed in retail showrooms.[8]

---

[8] *See, e.g.*, http://www.ajmadison.com/ajmadison/itemdocs/MVWC7ESWW_energy_guide.pdf (last visited July 11, 2014), *see also* http://www.ajmadison.com/ajmadison/itemdocs/MVWC6ESWW_Energy_Guide.pdf (last visited July 11, 2014).

68.     The FTC maintains a website titled "Energy Guidance:  Appliance Shopping With the Energy Guide Label."[9]  The site informs consumers about the significance of the ENERGY STAR® logo when it appears on a product's EnergyGuide label.  The website states: "If you've shopped for appliances, you've seen the bright yellow Energy Guide label. …  The more energy efficient an appliance is, the less it costs to run," and "If you see the ENERGY STAR® logo, it means the product is better for the environment because it uses less energy than standard models."



69.     Each of the Mislabeled Washing Machines included one of the following EnergyGuide labels bearing the basic model number of the Mislabeled Washing Machine and the ENERGY STAR® logo:

---

[9] *Available at* http://www.ftc.gov/bcp/edu/ pubs/consumer/homes/rea14.shtm (last visited Sept. 21, 2012).




70.     Besides including the ENERGY STAR® logo on the EnergyGuide label, which is packaged with each of the Mislabeled Washing Machines, Whirlpool also affixed the distinctive logo to the front of the washing machine.

71.     In addition to these various promotional venues, Whirlpool issued press releases reaffirming its commitment and promise of water and energy savings.  For example, on September 5, 2008, Whirlpool issued a press release titled "Whirlpool Corporation Leads Industry in Energy Efficiency; Company's ENERGY STAR® Qualified Appliances Deliver Promised Savings."  The article, released in response to reports of competitors exceeding reported energy ratings, was released to "reassure consumers that all of its French Door Bottom-Mount refrigerators – sold under the Whirlpool, Maytag, KitchenAid and Amana brands –  have legitimately earned the ENERGY STAR credential by rigorously following the required energy testing procedures."  Furthermore, Phil Pejovich, vice president refrigeration, Whirlpool North

America, stated: "We want consumers to know that when they purchase French Door Bottom-Mount refrigerators – and all ENERGY STAR qualified appliances by Whirlpool – they can do so with the confidence that they will deliver energy savings as communicated in-store, on the product and in the product literature."

72.     On October 23, 2009, Whirlpool once again took the opportunity to reaffirm its compliance with the ENERGY STAR® program and promise of energy savings. Specifically, on October 23, 2009, in an article titled "Whirlpool Corporation Applauds U.S. Department of Energy's Steps to Enforce Energy Efficiency Standards," the company stated: "'We're pleased that DOE is stepping up [ENERGY STAR®] enforcement as these actions are important for several reasons,' said Katrina Helmkamp, senior vice president, product business teams, Whirlpool Corporation. 'They will help ensure manufacturers of appliances are held accountable to deliver *the energy savings they promise.* In turn, consumers will be able to confidently use the Energy Guide label to make energy performance comparisons among brands while shopping, and to attain in real world use *the energy efficiency promised when they purchased the appliance.*'" (emphasis added).

### C.     Plaintiff's Experiences

73.      On September 25, 2010, Plaintiff Walt Famular purchased a Maytag Centennial MVWC6ESWW1 washing machine from appliance retailer Silver City in Spring Valley, New York. He paid $500.00 plus tax, which included a substantial price premium due to its supposed water and energy efficiency and ENERGY STAR® qualification. The unit he purchased was marked with the ENERGY STAR® logo in two places, on the lower right-hand corner of the EnergyGuide label affixed to the washing machine, and also directly affixed to the front of the washing machine. He saw the ENERGY STAR® labels prior to and at the time of purchase, and understood them as a representation and warranty by both the manufacturer (which created and

affixed the labels) and the retailer (which displayed the labels) that the machine met the standards of water and energy efficiency established by the ENERGY STAR® program, and that the machine would help him maximize his water and energy savings while helping to protect the environment.  He relied on these representations and warranties in deciding to purchase the washing machine, and these representations and warranties were part of the basis of the bargain, in that he would not have purchased the Maytag Centennial MVWC6ESWW1 if he had known that it was not, in fact, ENERGY STAR® compliant.  He also understood that in making the sale, the retailer was acting with the knowledge and approval of Whirlpool and/or as the agent of Whirlpool.  He also understood that the purchase involved a direct transaction between himself and Whirlpool, because the machine came with packaging and other materials prepared by Whirlpool, including warranty materials referencing a manufacturer's warranty provided directly to the consumer, indicating that he was purchasing warranty protection directly from Whirlpool as part of the transaction with the retailer.

> **D.    DOE Testing And Revocation Of The Mislabeled Washing Machines' ENERGY STAR® Qualification**

74.    The success of the ENERGY STAR® program depends on the accuracy and reliability of the ENERGY STAR® logo as an indicator of highly efficient products.  To protect the integrity of the ENERGY STAR® label and certification mark, the DOE has evaluated and verified performance test results to ensure that ENERGY STAR®-certified appliances correspond to actual savings for consumers.

75.    On September 8, 2010, Springboard Engineering (a division of Underwriters Laboratories Verification Services) laboratories in Newton, Iowa completed DOE efficiency testing of a Maytag Centennial MVWC6ESWW1.  The results showed the unit did not meet ENERGY STAR® standards.

76.     On September 20, 2010, the DOE notified Whirlpool that DOE-initiated testing revealed that Whirlpool's model MVWC6ESWW1 did not meet the applicable ENERGY STAR® energy efficiency requirements.

77.     After consulting with Whirlpool, the DOE proceeded with testing of additional units.

78.     From January 3 through January 12, 2011, Springboard Engineering laboratories conducted DOE efficiency testing of four additional units of the Maytag Centennial MVWC6ESWW1.  The results showed again that these units did not meet ENERGY STAR® standards.

79.     On January 19, 2011, the DOE notified Whirlpool that the second round of testing confirmed that model MVWC6ESWW1 does not meet ENERGY STAR® requirements.

80.     On March 16, 2011, the DOE referred the matter to the EPA, the brand manager for ENERGY STAR®, for appropriate action.

81.     On May 7, 2012, the DOE and/or EPA Disqualified model MVWC6ESWW1.

82.     In accordance with guidelines and the EPA's disqualification procedures, these models were then posted on the EPA's list of disqualified models.

83.     Moreover, as a result of the disqualification by the EPA (after consulting with the DOE), Whirlpool was required to immediately cease labeling and shipping the appliance with the ENERGY STAR® logo, remove ENERGY STAR® references from related marketing materials, spec sheets and websites, and cover or remove labels on units within the manufacturer's control.

84.     The Maytag models disqualified by the EPA and/or DOE include the model purchased by Plaintiff.  The disqualification was not limited to base model number

MVWC6ESWW1. Rather, it applied to all Maytag models MVWC6ESW*+ and MVWC7ESW#**, including Plaintiff's Mislabeled Washing Machine.

85. Defendant Whirlpool did not modify the design or manufacture of the Mislabeled Washing Machines in any way that would affect the water or energy efficiency of the appliances. Indeed, the available parts lists for all Whirlpool's Maytag models MVWC6ESW*+ and MVWC7ESW#** show they are substantially similar, with the majority of parts, including the parts which affect energy usage, being the same. Charts of the parts list comparing the part numbers of the Mislabeled Washing Machines is attached hereto as Exhibit B.

86. Illustrative of this fact, the EnergyGuide Labels affixed to the Mislabeled Washing Machines were identical or substantially identical for all models, including the MVWC6ESWW0, MVWC6ESWW1, and MVWC7ESWW0. In fact, the MVWC6ESWW0 and the MVWC6ESWW1 share the same EnergyGuide label, which states that it applies to the MVWC6ESW* family of models. *See* ¶ 86. Furthermore, Defendant in its promotional brochures and print ads refer to the specific models MVWC6ESWW0, MVWC6ESWW1, and MVWC7ESWW0 simply as the "MVWC6ESW," "MVWC6ESWW," and "MVWC7ESW," and leave off the last two characters, as they identify non-energy attributes, such as color. *See* ¶¶ 70, 71, 78, 81, 82.

87. Furthermore, when a basic model is disqualified by the EPA and/or DOE, the disqualification order includes "all units of a given type of covered product (or class thereof) manufactured by one manufacturer, having the same primary energy source, and which have essentially identical electrical, physical, and functional (or hydraulic) characteristics that affect energy consumption, energy efficiency, water consumption, or water efficiency..." 10 C.F.R. § 430.2. All units of Maytag models MVWC6ESW*+ and MVWC7ESW#** were

manufactured by one manufacturer and have the same primary energy source, and have essentially identical electrical, physical, and functional (or hydraulic) characteristics that affect energy consumption, energy efficiency, water consumption, or water efficiency. Thus, the washing machine purchased by Plaintiff was equally affected by the EPA/DOE noncompliance and disqualification determinations.

88.     Whirlpool is one of the world's leading manufacturers of home appliances, maintaining 65 manufacturing and technology research centers around the world. Besides playing a leadership role in crafting every major appliance efficiency regulation, "including a leading role in setting the ENERGY STAR program standards," the company purports to maintain rigorous testing procedures. Whirlpool's laboratories are certified annually by the Canadian Standards Association, and "work closely with them in rigorously demonstrating that the appropriate principles outlined by ISO/IEC 17025 are within [Whirlpool's] process for ENERGY STAR® product qualification." Moreover, Whirlpool touts that "the technical sophistication of our laboratories and the highly advanced skill sets of our engineers are among the best in the world. Our lab personnel also have expansive job scopes, which include more responsibility than just testing product for energy performance." *Id.* According to Whirlpool, the "Whirlpool process includes rigorous equipment maintenance and calibration, detailed lab procedures and comprehensive record keeping on both equipment and test results." May 27, 2010 Letter from Nick Gillespie (Government Relations Senior Specialist) to EPA concerning ENERGY STAR® Draft Lab Requirements. As such, Whirlpool either (a) tested the Mislabeled Washing Machines before marketing them and, at all times relevant hereto, knew that the models were non-compliant with the requirements of the ENERGY STAR® program or, in the alternative (b) affixed ENERGY STAR® labels to the Mislabeled Washing Machines without

testing them, and thus knew the representation concerning their energy efficiency was baseless. This information is solely within Whirlpool's possession.

89.    The Mislabeled Washing Machines have never, at any point, been properly labeled with the ENERGY STAR® logo. This is analogous to the unauthorized practice of medicine. Suppose a fraudster misrepresents himself as a board-certified physician and opens a medical clinic, only to be exposed years later. This does not mean that the fraudster was properly licensed to practice medicine prior to his exposure. To the contrary, the fraudster was never licensed, and any statements to the contrary were false. Here, Whirlpool made misrepresentations about the ENERGY STAR® status of the Mislabeled Washing Machines. Just because the DOE disqualified the units in 2012 does not mean they were compliant in 2009. To the contrary, the DOE's determination means the Mislabeled Washing Machines were *never* properly labeled. Any representation to the contrary was false when it was made. The Mislabeled Washing Machines failed to work properly from the outset.

90.    The failure of the Mislabeled Washing Machines to comply with ENERGY STAR® standards is a latent defect. If this defect were known, the Mislabeled Washing Machines would not have been saleable as described, and they would not measure up to the description given to the purchaser. Furthermore, this defect is hidden from purchasers. Reasonable consumers do not have the knowledge or equipment to assess whether their appliances are ENERGY STAR® compliant. This information is solely within Whirlpool's possession.

91.    Plaintiff and Class members who purchased Mislabeled Washing Machines paid a price premium due to their Mislabeled Washing Machine's supposed superior water usage, energy efficiency, and ENERGY STAR® qualification, and paid more money in additional

water and energy costs to operate his or her Mislabeled Washing Machine than they would have had the appliance actually met the ENERGY STAR® qualification as represented and promised by Whirlpool. The additional Utility Bills can be reasonably quantified by an appropriate study, and through objective mathematical processes, based on the data from the DOE-initiated testing described herein.

92.     Plaintiff and the Class members could not have discovered that their washing machines were not ENERGY STAR® compliant until the EPA and/or DOE's disqualification order was issued on May 7, 2012. No reasonable consumer has the knowledge or equipment to test appliances for ENERGY STAR® compliance.

93.     Plaintiff, and each purchaser of the Mislabeled Washing Machines, paid a price premium due to their Mislabeled Washing Machine's supposed water and energy efficiency and ENERGY STAR® qualification. The amount of the price premium can be reasonably quantified by an appropriate market study of the prices for comparable washing machines sold with and without the ENERGY STAR® logo, or through a contingent valuation study, or through other means regularly employed by economic and valuation experts.

94.     Plaintiff, and each purchaser of the Mislabeled Washing Machines, paid more money in additional Utility Bills to operate the Mislabeled Washing Machines than each would have paid if the washing machines had actually met the ENERGY STAR® standards as promised. The additional Utility Bills can be reasonably quantified by an appropriate study, and through objective mathematical processes, based on the data from the DOE-initiated testing described herein.

## TOLLING OF THE STATUTE OF LIMITATIONS

95.     Plaintiff is a member of the putative nationwide class in *Dzielak et al. v. Whirlpool Corp. et al.*, Case No. 2:12-cv-00089-KM-JBC, filed January 5, 2012 in the United States District Court for the District of New Jersey.

96.     Due to the filing of the *Dzielak* case, the statute of limitations for the claims asserted herein has been tolled since at least January 5, 2012.  *See American Pipe & Constr. Co. v. Utah*, 414 U.S. 538, 553-54 (1974) ("[T]he commencement of a class action suspends the applicable statute of limitations as to all asserted members of the class who would have been parties had the suit been permitted to continue as a class action.").

97.     On February 5, 2016 (1 business day ago), the *Dzielak* plaintiffs filed their motion for class certification, which stated:  "In order to avoid choice of law issues, plaintiffs no longer seek to certify a nationwide class, and have instead moved to certify seven statewide classes on behalf of purchasers in New Jersey, California, Florida, Ohio, Indiana, Virginia and Texas."

98.     As a result, Mr. Famular's claims, and the claims of purchasers of the Mislabeled Washing Machines residing in the other 43 states, are no longer being asserted in *Dzielak*.

## CLASS ACTION ALLEGATIONS

99.     Plaintiff seeks to represent a class defined as all persons in the United States who purchased a Mislabeled Washing Machine, excluding purchasers in New Jersey, California, Florida, Ohio, Indiana, Virginia and Texas (the "43 State Class").

100.     Plaintiff also seeks to represent a class defined as all persons in New York who purchased a Mislabeled Washing Machine (hereafter, the "New York Class").

101.     Members of the Classes are so numerous that their individual joinder herein is impracticable.  On information and belief, members of the Class and Subclasses number in the

tens of thousands. The precise number of Class members and their identities are unknown to Plaintiff at this time but will be determined through discovery. Class members may be notified of the pendency of this action by mail and/or publication through the distribution records of Defendant and third party retailers and vendors.

102. Common questions of law and fact exist as to all Class members and predominate over questions affecting only individual Class members. Common legal and factual questions include, but are not limited to:

(a) whether the Mislabeled Washing Machines were sold bearing false labels misrepresenting them as ENERGY STAR® compliant;

(b) whether Class members suffered an ascertainable loss as a result of the Defendant's misrepresentations; and

(c) whether, as a result of Defendant's misconduct as alleged herein, Plaintiff and Class members are entitled to restitution, injunctive, and/or monetary relief and, if so, the amount and nature of such relief.

103. Plaintiff's claims are typical of the claims of Classes members because Plaintiff and all Class members purchased a Mislabeled Washing Machine bearing a false label misrepresenting it as ENERGY STAR® compliant, when in fact it was not.

104. Plaintiff is an adequate representative of the Classes because his interests do not conflict with the interests of the Class members he seeks to represent, he has retained counsel competent and experienced in prosecuting class actions, and they intend to prosecute this action vigorously. The interests of Class members will be fairly and adequately protected by Plaintiff and his counsel.

105.     The class mechanism is superior to other available means for the fair and efficient adjudication of the claims of Plaintiff and Class members.  Each individual Class member may lack the resources to undergo the burden and expense of individual prosecution of the complex and extensive litigation necessary to establish Defendant's liability.  Individualized litigation increases the delay and expense to all parties and multiplies the burden on the judicial system presented by the complex legal and factual issues of this case.  Individualized litigation also presents a potential for inconsistent or contradictory judgments.  In contrast, the class action device presents far fewer management difficulties and provides the benefits of single adjudication, economy of scale, and comprehensive supervision by a single court on the issue of Defendant's liability.  Class treatment of the liability issues will ensure that all claims and claimants are before this Court for consistent adjudication of the liability issues.

<u>COUNT I</u>
**(Breach of Express Warranty**)

106.     Plaintiff repeats the allegations contained in the foregoing paragraphs as if fully set forth herein.

107.     Plaintiff brings this Count I individually and on behalf of the members of the 43-State Class and the New York Class.

108.     Defendant, as the designer, manufacturer, marketer, distributor, or seller expressly warranted that the Mislabeled Washing Machines were fit for their intended purpose in that they would function properly as water and energy-efficient washing machines within the parameters established by federal law and the ENERGY STAR® program.

109.     In fact, the Mislabeled Washing Machines were not fit for such purposes because they do not function properly as water and energy-efficient washing machines within the parameters established by federal law and the ENERGY STAR® program.

110.    Plaintiff and Class members were injured as a direct and proximate result of Defendant's breach because: (a) they would not have purchased the Mislabeled Washing Machines on the same terms if the true facts concerning their energy efficiency and water usage had been known; (b) they paid a price premium due to the mislabeling of the washing machines as ENERGY STAR®-qualified; (c) the Mislabeled Washing Machines did not perform as promised; and (d) Plaintiff and Class members have paid and will continue to pay higher Utility Bills as long as they continue to use the Mislabeled Washing Machines.

## COUNT II
### (Unjust Enrichment)

111.    Plaintiff repeats the allegations contained in the foregoing paragraphs as if fully set forth herein.

112.    Plaintiff brings this Count II individually and on behalf of the members of the 43-State Class and the New York Class.

113.    Plaintiff and Class members conferred a benefit on Whirlpool by purchasing the Mislabeled Washing Machines.

114.    Whirlpool misrepresented that the Mislabeled Washing Machines complied with ENERGY STAR® standards, and misrepresented the water usage and energy efficiency of the Mislabeled Washing Machines, for the purpose of generating retail sales which could and did increase the amount of wholesale sales to Whirlpool.

115.    Defendant has been unjustly enriched in retaining the revenues derived from Plaintiff and Class members' purchases of the Mislabeled Washing Machines.  Retention under these circumstances is unjust and inequitable because Whirlpool misrepresented that the Mislabeled Washing Machines complied with ENERGY STAR® standards, when in fact they did not, and misrepresented the water and energy efficiency of the Mislabeled Washing

Machines, which caused injuries to Plaintiff and Class members because (a) they would not have purchased the Mislabeled Washing Machines on the same terms if the true facts concerning their energy efficiency and water usage had been known; (b) they paid a price premium due to the mislabeling of the washing machines as ENERGY STAR®-qualified; (c) the Mislabeled Washing Machines did not perform as promised; and (d) Plaintiff and Class members have paid and will continue to pay higher Utility Bills for as long as they continue to use the Mislabeled Washing Machines.

116.    Because Defendant's retention of the non-gratuitous benefit conferred on them by Plaintiff and Class members is unjust and inequitable, Defendant must pay restitution to Plaintiff and the Class members for their unjust enrichment, as ordered by the Court.

## COUNT III
### (Deceptive Acts Or Practices, New York Gen. Bus. Law § 349)

117.    Plaintiff repeats the allegations in the foregoing paragraphs as if fully set forth herein.

118.    Plaintiff brings this Count III individually and on behalf of the members of the New York Class.

119.    By the acts and conduct alleged herein, Whirlpool committed unfair or deceptive acts and practices by misrepresenting that the Mislabeled Washing Machines complied with ENERGY STAR® standards, and misrepresenting the water usage and energy efficiency of the Mislabeled Washing Machines, for the purpose of generating retail sales which could and did increase the amount of wholesale sales to Whirlpool.

120.    The foregoing deceptive acts and practices were directed at consumers.

121.    The foregoing deceptive acts and practices are misleading in a material way because they fundamentally misrepresent the characteristics and benefits of the Mislabeled Washing Machines to induce consumers to purchase same.

122.    Plaintiff and members of the Class were injured because:  (a) they would not have purchased the Mislabeled Washing Machines on the same terms if the true facts concerning their energy efficiency and water usage had been known; (b) they paid a price premium due to the mislabeling of the washing machines as ENERGY STAR®-qualified; (c) the Mislabeled Washing Machines did not perform as promised; and (d) Plaintiff and Class members have paid and will continue to pay higher Utility Bills for as long as they continue to use the Mislabeled Washing Machines.

123.    As a result of Defendant's false, misleading and deceptive statements and representations of fact, Plaintiff and members of the Class have suffered and continue to suffer economic injury.

124.    Plaintiff and members of the Class suffered an ascertainable loss caused by Defendant's Misrepresentations equal to the price premium they paid for the Mislabeled Washing Machines, as well as the lost savings on their utility bills.

125.    On behalf of himself and other members of the Class, Plaintiff seeks to enjoin the unlawful acts and practices described herein, to recover actual damages or fifty dollars, whichever is greater, three times actual damages, and reasonable attorneys' fees.

## COUNT IV
### (False Advertising, New York Gen. Bus. Law § 350)

126.    Plaintiff repeats the allegations in the foregoing paragraphs as if fully set forth herein.

127.     Plaintiff brings this Count IV individually and on behalf of the members of the New York Class.

128.     By the acts and conduct alleged herein, Whirlpool committed unfair or deceptive acts and practices by misrepresenting that the Mislabeled Washing Machines complied with ENERGY STAR® standards, and misrepresenting the water usage and energy efficiency of the Mislabeled Washing Machines, for the purpose of generating retail sales which could and did increase the amount of wholesale sales to Whirlpool.

129.     Based on the foregoing, Defendant has engaged in consumer-oriented conduct that is deceptive or misleading in a material way which constitutes false advertising in violation of Section 350 of the New York General Business Law.

130.     Defendant's false, misleading and deceptive statements and representations of fact were and are directed to consumers.

131.     Defendant's false, misleading and deceptive statements and representations of fact were and are likely to mislead a reasonable consumer acting reasonably under the circumstances.

132.     Defendant's false, misleading and deceptive statements and representations of fact have resulted in consumer injury or harm to the public interest.

133.     Plaintiff and members of the Class were injured because:  (a) they would not have purchased the Mislabeled Washing Machines on the same terms if the true facts concerning their energy efficiency and water usage had been known; (b) they paid a price premium due to the mislabeling of the washing machines as ENERGY STAR®-qualified; (c) the Mislabeled Washing Machines did not perform as promised; and (d) Plaintiff and Class members have paid and will continue to pay higher Utility Bills for as long as they continue to use the Mislabeled Washing Machines.

134.    As a result of Defendant's false, misleading and deceptive statements and representations of fact Plaintiff and members of the Class have suffered and continue to suffer economic injury.

135.    Plaintiff and members of the Class suffered an ascertainable loss caused by Defendant's Misrepresentations equal to the price premium they paid for the Mislabeled Washing Machines, as well as the lost savings on their utility bills.

136.    On behalf of himself and other members of the Class, Plaintiff seeks to enjoin the unlawful acts and practices described herein, to recover their actual damages or five hundred dollars, whichever is greater, three times actual damages, and reasonable attorneys' fees.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff, individually and on behalf of all others similarly situated, seeks judgment against Defendant, as follows:

a.    For an order certifying the 43-State Class and the New York Class under Rule 23 of the Federal Rules of Civil Procedure and naming Plaintiff as representative of the Class and Plaintiff's attorneys as Class Counsel to represent the Class members;

b.    For an order declaring the Defendant's conduct violates the statutes referenced herein;

c.    For an order finding in favor of Plaintiff and the Class on all counts asserted herein;

d.    For statutory, compensatory, and punitive damages in amounts to be determined by the Court and/or jury;

e.    For prejudgment interest on all amounts awarded;

f.    For an order of restitution and all other forms of equitable monetary relief;

g.    For injunctive relief as pleaded or as the Court may deem proper;

h.    For an order awarding Plaintiff and the Class their reasonable attorneys' fees and expenses and costs of suit;

i.    Damages, restitution, and/or disgorgement in an amount to be determined at trial; and

j.    For such other and further relief as the Court may deem proper.

**JURY DEMAND**

Plaintiff demands a trial by jury on all causes of action and issues so triable.

Dated:  February 8, 2016

Respectfully submitted,

**BURSOR & FISHER, P.A.**

By: _____
          Scott A. Bursor

Scott A. Bursor
Joseph I. Marchese
Neal J. Deckant
Frederick J. Klorczyk III
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile:  (212) 989-9163
E-Mail: scott@bursor.com
            jmarchese@bursor.com
            ndeckant@bursor.com
            fklorczyk@bursor.com

*Attorneys for Plaintiff*

**EXHIBIT A**





# LAUNDRY
## Spring 2010

### 1/2-HP Drain Pump
This pump is constructed of durable polypropylene and features lubricated, sealed bearings. A heavy-duty rubber impeller protects the powerful drain pump against loose change and other debris.

### 100° Arc of Agitation
The agitator produces a sweeping arc motion that gently rolls clothes through the wash water.

### 3x3 Surround Spray
Three spray jets and load-sensing technology wash, rinse and repeat for a better cleaning wash system that saves water and energy.

### 360° Front and Rear Heat Seal
This triple-layered seal keeps heat inside the dryer drum for dependable performance.



### 4-Tray Dispenser Drawer
The self-cleaning dispenser drawer is easy to open and replenish with detergent, bleach and fabric softener. Plus there's an additional place for oxygenated stain-fighting liquid or powder pre-treater.

### Advanced Vibration Control
Select Performance Series washers feature gap dampers and springs to minimize movement of the wash drum during spin cycle. Additional padding muffles washer noise and also cushions vibration. Plus, enhanced software adjusts load distribution reducing vibration and noise.

### Allergen Removal Cycles
Select Performance Series and Bravos® washers feature cycles that eliminate at least 95% of common allergens from fabrics. Allergens tested were dust mites and pet dander.

### Automatic Temperature Control
Promotes dependable cleaning performance by ensuring correct water temperatures.

### CEE Tier Ratings
Although all models on the Consortium for Energy Efficiency (CEE) list are efficient, the more efficient products are listed in the highest tier (3). Select markets qualify for CEE Tier Rating rebates. Consult your local utility company for any available rebates.

### Clean Boost Option
By selecting this option, the internal water heater on select Bravos® washers maintains water temperature throughout the entire wash cycle. The need for pretreating is reduced and cleaning performance is enhanced.

### Clean Washer Cycle
This special cycle helps rid the wash basket of odor-causing buildup. Add Affresh® washer cleaner to enhance results.

### Commercial Capacity, Direct Drive Infinite Speed Motor
Magnets propel the Bravos® washer motor assuring infinite wash, tumble and spin speeds of up to 1,100 RPM. Plus, the motor's 18-lb UL capacity rating is commercial grade.

### Commercial-Grade, 1/3-HP Motor
Extra power makes it possible to tumble larger loads with less wear on the motor of Centennial® and Bravos® dryers.

### Commercial-Grade, 5-Rib Dryer Belt
The industry's widest dryer belt stays strong to last long on Performance Series, Centennial® and Bravos® dryers.

### Commercial-Grade, 8-Rib Washer Belt
Select Performance Series washers feature the industry's widest washer belt that stays strong to last long.

### Commercial-Grade Glass Window
Strong scratch- and shatter-resistant glass on select lids and doors allows you to see your laundry as it washes and dries.

### Control Lockout
A child safety door latch and locked controls keep little hands from running the washer.

### DependableClean™ Wash System
Keeps clothes looking their best. The LoadFlex™ agitator produces a 100° arc wash motion that rolls clothes through the wash and rinse cycles to provide a reliable clean, wash after wash.

### Direct Y-Connector Water Hook-Up
A solid brass Y-connector delivers water from the cold water inlet directly to the dryer. It eliminates the need to fill a reservoir in dryers that feature steam cycles. Included with all steam dryers.

### DuraCushion™ Dryer Drum
Provides a smooth, scratch resistant surface for less friction and wear. Clothes gently glide off its surface without snagging or pilling.

### Dynamic Venting Technology™
See *FreshHold*™ *Option.*

### End-of-Cycle Signal
Signals the end of the cycle and is simple to turn on or off. The volume can be adjusted on select models.

### ENERGY STAR® Qualified
An ENERGY STAR® qualification means the appliance exceeds the federal minimum efficiency standards as set forth by the Environmental Protection Agency and the U.S. Department of Energy, helping to save money on utility bills.

### Flat Back Construction
Creates a shorter depth, making it easier to fit the dryer in locations where space is at a premium.

### Fresh Hold™ Option
The industry's first built-in fan is part of Dynamic Venting Technology™ and helps keep clean laundry from smelling bad. The quiet, efficient fan and intermittent tumbling circulate fresh air and reduce moisture in clothes, so you can stop worrying about leaving them in the washer too long.



### Fresh Spin™ Option
Clothes periodically tumble for up to 6 hours after cycle's end to remain fresh even if you don't move them to the dryer right away.

### Full-Width Lid Bumper
Creates a seal between the lid and washer opening for quieter operation.

### GentleBreeze™ Drying System
Quickly and efficiently dries clothing for more consistent results.

### Heavy-Duty Blower
A 100-foot vent length for the Bravos® dryer's 1,950 RPM blower system offers the ultimate installation flexibility. Plus, increased blower speeds prevent lint from building up.

### Heavy-Duty, Die-Cast Door Hinge
This durable door hinge provides structural strength for years of dependability.

### Heavy-Gauge Steel, Wide-Opening Lid
Made of durable steel, it keeps the interior of the washer sealed off during use. Plus, the wide opening creates a larger target area for loading and unloading clothes.

### Hose Reversal Technology
In the event of improper hose installation, front load washers self-correct so your clothes are never damaged due to incorrect water temperatures.

### IntelliClean™ Impeller
A wash plate with fins continuously moves clothes through the water, effectively cleaning without the use of an agitator.

### IntelliDry® Sensor
Measures moisture levels as clothes dry to minimize the risk of overdrying and shrinking. Clothes come out dry, yet cool to the touch.

### IntelliFill™ Automatic Water Level Sensor
Built-in sensors match water usage to load size, saving both water and money.

**EXHIBIT B**

# TOP AND CABINET PARTS

| Part Name | | Model: MVWC6ESWW1 | Model: MVWC7ESWW0 | Model: MVWC6ESWW0 |
|---|---|---|---|---|
| Literature Parts Installation Instructions: English/French | ✳ | W10200890 | W10200890 | W10200331 |
| Literature Parts Installation Instructions: Spanish | ✳ | W10200891 | W10200891 | W10200662 |
| Use & Care Guide: English/French | | W10092798 | W10092798 | W10092798 |
| Use & Care Guide: Spanish | | W10092799 | W10092799 | W10092799 |
| Feature Sheet: English/French | | W10092811 | W10092811 | W10092811 |
| Feature Sheet: Spanish | | W10092812 | W10092812 | W10092812 |
| Load Sense Info Sheet | | W10196538 | W10196538 | W10196538 |
| Energy Guide | | W10092828 | W10092834 | W10092813 |
| Wiring Diagram | ✳ | W10248232 | W10248232 | W10202237 |
| Lid | ✳ | W10093782 | W10164516 | W10093782 |
| Screw, Lid Hinge Mounting (4) | | W10119828 | W10119828 | W10119828 |
| Bearing, Lid Hinge (2) | | 8319539 | 8319539 | 8319539 |

## TOP AND CABINET PARTS

| Part Name | | Model: MVWC6ESWW1 | Model: MVWC7ESWW0 | Model: MVWC6ESWW0 |
|---|---|---|---|---|
| Screw, Ground | | 3351614 | 3351614 | 3351614 |
| Switch, Lid | | 8318084 | 8318084 | 8318084 |
| Hinge, Lid (L.H.) | ✳ | W10225136 | 8559336 | W10225136 |
| Hinge, Lid (R.H.) | ✳ | 91770 | W10202542 | 91770 |
| Clip, Top & Cabinet & Rear Panel (2) | | 62780 | 62780 | 62780 |
| Dispenser, Bleach | | W10192089 | W10192089 | W10192089 |
| Top | ✳ | W10194868 | W10203530 | W10194868 |
| Spacer, Cabinet To Top (4) | | 62750 | 62750 | 62750 |
| Cabinet | | 63424 | 63424 | 63424 |
| Screw, 10-16 x 3/8 (4) | ✳ | W10165554 | 3390631 | W10165554 |
| Bumper, Lid (2) | ✳ | 9724509 | | 9724509 |
| Cabinet-Damper, Sound | | W10177046 | W10177046 | W10177046 |
| Spring-Extension, Glass Lid | | | W10208782 | |
| Clip, Retainer | | | 3350828 | |

**TOP AND CABINET PARTS**

| Part Name | | Model: MVWC6ESWW1 | Model: MVWC7ESWW0 | Model: MVWC6ESWW0 |
|---|---|---|---|---|
| Filter, RFI | | | | 8540229 |
| Screw, 8-18 x 3/8 | | | | 90767 |
| Harness, Jumper | | | | W10177046 |

**LEGEND:**
Highlighted or shaded rows indicate parts with variation.
* indicates parts which only vary in one model.

# CONTROLS AND REAR PANEL PARTS

| Part Name | | Model: MVWC6ESWW1 | Model: MVWC7ESWW0 | Model: MVWC6ESWW0 |
|---|---|---|---|---|
| Switch, Rotary | | 8578416 | 8578416 | 8578416 |
| Switch, Rotary | ✱ | 3949180 | 3949180 | 3949187 |
| Clip, Console (2) | | 8312709 | 8312709 | 8312709 |
| ATC-Auto Load Sensing Switch | ✱ | W10248240 | W10248240 | |
| Switch, Rotary | ✱ | 3949180 | 3949180 | |
| Shield, Suds | ✱ | W10245838 | W10245838 | W10188372 |
| Timer (Motor not a Service Part) | | W10243947 | W10243947 | W10243947 |
| Circuit Board, Agitation Delay | | W10104800 | W10104800 | W10104800 |
| Panel, Control (Includes Item 10) | ✱ | W10089738 | W10089738 | W10089729 |
| Badge Assembly | | W10101390 | W10101390 | W10101390 |
| Clip, Knob | | 8536939 | 8536939 | 8536939 |
| Knob, Control | | W10180218 | W10180218 | W10180218 |
| Knob, Timer | | W10180213 | W10180213 | W10180213 |
| Dial, Timer | | W10180214 | W10180214 | W10180214 |
| Strap, Console | | 8568314 | 8568314 | 8568314 |
| Cord, Power | | 8578842 | 8578842 | 8578842 |

## CONTROLS AND REAR PANEL PARTS

| Part Name | | Model: MVWC6ESWW1 | Model: MVWC7ESWW0 | Model: MVWC6ESWW0 |
|---|---|---|---|---|
| | | | | |
| Strain Relief, Power Cord | | 3952821 | 3952821 | 3952821 |
| Screw, 8-18 x 1/2 | | 9740848 | 9740848 | 9740848 |
| Screw, Ground | | 3351614 | 3351614 | 3351614 |
| Cable Tie | | 3347868 | 3347868 | 3347868 |
| U-Bend, Drain Hose | | 8577378 | 8577378 | 8577378 |
| Drain Hose Assembly (Includes Item 28) | | W10189267 | W10189267 | W10189267 |
| Cap, End (L.H.) (Includes Item 3) | | W10193824 | W10193824 | W10193824 |
| Cap. End (R.H.) (Includes Item 3) | | W10193821 | W10193821 | W10193821 |
| Screw, 10-16 x 3/8 | | 62863 | 62863 | 62863 |
| Support, Rear Panel | | 8519200 | 8519200 | 8519200 |
| Screw, 8-18 x 1/2 | | 359625 | 359625 | 359625 |
| Clamp, Hose | | 8541668 | 8541668 | 8541668 |
| Clamp, Hose | | 8317496 | 8317496 | 8317496 |
| Clamp, Hose | | 3363366 | 3363366 | 3363366 |

## CONTROLS AND REAR PANEL PARTS

| Part Name | | Model: MVWC6ESWW1 | Model: MVWC7ESWW0 | Model: MVWC6ESWW0 |
|---|---|---|---|---|
| | | | | |
| Hose, Pump To Tub (Includes Item 30) | | 3951449 | 3951449 | 3951449 |
| Panel, Rear | | W10194451 | W10194451 | W10194451 |
| Pad, Rear Panel | | 62747 | 62747 | 62747 |
| Harness, Wiring | * | W10204122 | W10204122 | W10243952 |
| Clip, Harness & Pressure Hose | | 8055003 | 8055003 | 8055003 |
| Valve, Water Inlet | | W10175893 | W10175893 | W10175893 |
| Hose, Flowmeter to Tub Ring | | W10166732 | W10166732 | W10166732 |
| Clamp, Hose | | W10185367 | W10185367 | W10185367 |
| Clamp, Hose | | W10117298 | W10117298 | W10117298 |
| Flowmeter | | W10176591 | W10176591 | W10176591 |
| Screw, Ground | | 3400073 | 3400073 | 3400073 |
| Hose, Valve to Flowmeter | | W10166731 | W10166731 | W10166731 |
| Clip, Push-In Retainer | | | W10000080 | |
| Switch, Water Temperature (ATC) | | | | W10179666 |

**CONTROLS AND REAR PANEL PARTS**

| Part Name | | Model: MVWC6ESWW1 | Model: MVWC7ESWW0 | Model: MVWC6ESWW0 |
|---|---|---|---|---|
| | | | | |
| Switch, Auto Load Sensing | | | | W10177795 |
| Retainer, Harness | | | | 8317975 |

LEGEND:

Highlighted or shaded rows indicate parts with variation.

\* indicates parts which only vary in one model.

## AGITATOR, BASKET AND TUB PARTS

| Part Name | | Model: MVWC6ESWW1 | Model: MVWC7ESWW0 | Model: MVWC6ESWW0 |
|---|---|---|---|---|
| Dispenser, Fabric Softener | | 8575076 | 8575076 | 8575076 |
| Cap, Barrier | | 3354733 | 3354733 | 3354733 |
| Seal, Inner Cap | | W10072840 | W10072840 | W10072840 |
| Screw & Washer (5/16-24 x 1) | | 358237 | 358237 | 358237 |
| Washer | | 3949550 | 3949550 | 3949550 |
| Agitator (Complete) | | W10093672 | W10093672 | W10093672 |
| Cam, Driven | | 3363663 | 3363663 | 3363663 |
| Dog, Agitator Clutch (4) | | 3366877 | 3366877 | 3366877 |
| Bearing, Driven Cam | | 3363661 | 3363661 | 3363661 |
| Clothes Mover | | 3349019 | 3349019 | 3349019 |
| Spacer, Thrust | | 3350389 | 3350389 | 3350389 |
| Agitator | | W10110020 | W10110020 | W10110020 |
| Tub Ring | | W10167984 | W10167984 | W10167984 |
| Gasket, Tub Ring | | 3359585 | 3359585 | 3359585 |
| Clip, Agitator | | 3354845 | 3354845 | 3354845 |
| Washer, Agitator | | 8543666 | 8543666 | 8543666 |
| Balance Ring | | W10006326 | W10006326 | W10006326 |
| Nut, Spanner | | W10116602 | W10116602 | W10116602 |
| Basket & Balance Ring | | W10006327 | W10006327 | W10006327 |
| Clip, Pressure Switch Hose | | 2219077 | 2219077 | 2219077 |

## AGITATOR, BASKET AND TUB PARTS

| Part Name | | Model: MVWC6ESWW1 | Model: MVWC7ESWW0 | Model: MVWC6ESWW0 |
|---|---|---|---|---|
| Hose, Pressure Switch | * | W10240485 | W10240485 | W10211144 |
| Block, Basket Drive | | 389140 | 389140 | 389140 |
| Tub | | 63849 | 63849 | 63849 |
| Gasket, Centerpost | | 383727 | 383727 | 383727 |

**LEGEND:**
Highlighted or shaded rows indicate parts with variation.
* indicates parts which only vary in one model.

## BRAKE, CLUTCH, GEARCASE, MOTOR AND PUMP PARTS

| Part Name | | Model: MVWC6ESWW1 | Model: MVWC7ESWW0 | Model: MVWC6ESWW0 |
|---|---|---|---|---|
| | | | | |
| Brake & Drive Tube (Complete) | | 388952 | 388952 | 388952 |
| Washer, Spin Tube Thrust | | 63292 | 63292 | 63292 |
| Ring, Spin Tube Support | | 62697 | 62697 | 62697 |
| Ring, Retainer | | 63283 | 63283 | 63283 |
| Clutch (Complete) | | 8299642 | 8299642 | 8299642 |
| Band & Lining, Clutch | | 3951993 | 3951993 | 3951993 |
| Cap, Clutch Spring (2) | | 62646 | 62646 | 62646 |
| Spring, Clutch | | 8559387 | 8559387 | 8559387 |
| Gearcase (Complete) | * | W10251783 | W10251783 | W10140301 |
| Screw, Gearcase to Base (3) | | 3357334 | 3357334 | 3357334 |
| Plate, Motor Mount to Gearcase | | 62611 | 62611 | 62611 |
| Grommet, Motor (4) | | 62691 | 62691 | 62691 |
| Coupling, Motor & Isolation | | 3978849 | 3978849 | 3978849 |
| Seal | | 8577374 | 8577374 | 8577374 |

## BRAKE, CLUTCH, GEARCASE, MOTOR AND PUMP PARTS

| Part Name | | Model: MVWC6ESWW1 | Model: MVWC7ESWW0 | Model: MVWC6ESWW0 |
|---|---|---|---|---|
| | | | | |
| Clip, Anti-Rattle | | 3355454 | 3355454 | 3355454 |
| Screw | | 3400516 | 3400516 | 3400516 |
| Retainer, Motor (2) | | W10086010 | W10086010 | W10086010 |
| Shield, Tub to Motor | | 3362089 | 3362089 | 3362089 |
| Motor, Main Drive | | 661600 | 661600 | 661600 |
| Switch, Main Drive Motor | | 62850 | 62850 | 62850 |
| Retainer, Pump (2) | | 8546127 | 8546127 | 8546127 |
| Pump (Complete) | | 3363394 | 3363394 | 3363394 |
| Screw, 10-16 x 5/8 | | 3387485 | 3387485 | 3387485 |
| Shield, Motor | | 3946532 | 3946532 | 3946532 |
| Washer, Thrust | | 8578981 | 8578981 | 8578981 |
| Screw, 10-16 x 3/8 | | 62863 | 62863 | 62863 |
| Capacitor | | 8572717 | 8572717 | 8572717 |
| Clamp, Capacitor | | 3949496 | 3949496 | 3949496 |

LEGEND:
Highlighted or shaded rows indicate parts with variation.
* indicates parts which only vary in one model.

| MACHINE BASE PARTS | | | |
|---|---|---|---|
| | | | |
| **Part Name** | | **Model: MVWC6ESWW1** | **Model: MVWC7ESWW0** | **Model: MVWC6ESWW0** |
| Screw, Bracket Mounting (10-32 x 5/8) | | 3400076 | 3400076 | 3400076 |
| Bracket, Spring Outer (2) | | 64067 | 64067 | 64067 |
| Spring Suspension (3) | | 63907 | 63907 | 63907 |
| Support & Brake, Tub | | 8575214 | 8575214 | 8575214 |
| Bracket, Spring Outer (L.F.) | | 64065 | 64065 | 64065 |
| Link, Leveling Mechanism (2) | | 63466 | 63466 | 63466 |
| Spring, Leveling Mechanism | | 62597 | 62597 | 62597 |
| Pin, Knurled | | 62837 | 62837 | 62837 |
| Foot, Rear (2) | | 62596 | 62596 | 62596 |
| Bearing, Centerpost (2) | | 8546455 | 8546455 | 8546455 |
| Seal, Centerpost (3) | | 357409 | 357409 | 357409 |
| Spring, Counterweight | ✳ | 388492 | W10250667 | 388492 |
| Pad, Plate | | 62568 | 62568 | 62568 |
| Plate, Suspension (includes item 13) | | 3946509 | 3946509 | 3946509 |
| Pad, Base | | 3363660 | 3363660 | 3363660 |

| MACHINE BASE PARTS | | | | |
|---|---|---|---|---|
| | | | | |
| **Part Name** | | **Model: MVWC6ESWW1** | **Model: MVWC7ESWW0** | **Model: MVWC6ESWW0** |
| | | | | |
| Base Assembly (includes items 6, 7, 8, 9, 13, 14, 15 &22) | | 3946512 | 3946512 | 3946512 |
| Nut, Lock (2) (3/8 x 16) | | 3359452 | 3359452 | 3359452 |
| Foot, Front (2) | | W10001130 | W10001130 | W10001130 |
| Seal, Centerpost | | 8577376 | 8577376 | 8577376 |
| Centerpost Bearing Kit (includes items 10, 11 & 19) | | 285203 | 285203 | 285203 |
| Ring, Sound Deadening | | 63134 | 63134 | 63134 |
| Retainer, Suspension Spring | | W10145155 | W10145155 | W10145155 |

**LEGEND:**
Highlighted or shaded rows indicate parts with variation.
* indicates parts which only vary in one model.

## WIRING HARNESS PARTS

| Part Name | | Model: MVWC6ESWW1 | Model: MVWC7ESWW0 | Model: MVWC6ESWW0 |
|---|---|---|---|---|
| | | | | |
| | | | | |
| Retainer, Harness | | 3349557 | 3349557 | 3349557 |
| Clip, Harness | | 388498 | 388498 | 388498 |
| Clip, Harness | | 3347812 | 3347812 | 3347812 |
| Clip, Harness (Push-In) | | 3352501 | 3352501 | 3352501 |
| Clip, Harness (Half-Harness) | | 90016 | 90016 | 90016 |
| Clip, Harness | | 3390496 | 3390496 | 3390496 |
| Retainer, Harness | | 389379 | 389379 | 389379 |
| Timer, Block Disconnect (Natural) | | 3948614 | 3948614 | 3948614 |
| Timer, Block Disconnect (Black) | | 352089 | 352089 | 352089 |
| Receptacle, Terminal (3-Way) | | 62889 | 62889 | 62889 |
| Plug, Terminal (3-Way) | | 353424 | 353424 | 353424 |
| Block, Disconnect (Motor 2 Speed) | | 62505 | 62505 | 62505 |
| Block, Disconnect | | 3347243 | 3347243 | 3347243 |
| Protector | | 63523 | 63523 | 63523 |
| Connector (2-Way) | | 717252 | 717252 | 717252 |
| Clip, Harness | | 3352944 | 3352944 | 3352944 |
| Block, Disconnect (12-Way) | | 3390423 | 3390423 | 3390423 |

## WIRING HARNESS PARTS

| Part Name | | Model: MVWC6ESWW1 | Model: MVWC7ESWW0 | Model: MVWC6ESWW0 |
|---|---|---|---|---|
| Receptacle (6-Way) | | 3347730 | 3347730 | 3347730 |
| Connector (T.P.A.) (3-Circuit) | | 3948617 | 3948617 | 3948617 |
| Plug (T.P.A.) (3-Circuit) (Pressure Switch) | | 3360056 | 3360056 | 3360056 |
| Block, Connector (Natural) | | 3354925 | 3354925 | 3354925 |
| Block, Connector (Red) | | 3354926 | 3354926 | 3354926 |

**LEGEND:**
Highlighted or shaded rows indicate parts with variation.
* indicates parts which only vary in one model.

## BRAKE AND DRIVE TUBE PARTS

| Part Name | | Model: MVWC6ESWW1 | Model: MVWC7ESWW0 | Model: MVWC6ESWW0 |
|---|---|---|---|---|
| | | | | |
| Brake and Drive Tube (complete) | | 388952 | 388952 | 388952 |
| Ring, Thrust | | 62658 | 62658 | 62658 |
| Seal, Drive Tube | | 356427 | 356427 | 356427 |
| Tube, Basket Drive | | 64027 | 64027 | 64027 |
| Ring, Retaining | | 64035 | 64035 | 64035 |
| Shoe, Brake (2) | | 64232 | 64232 | 64232 |
| "T" Bearing, Spin Tube | | 62703 | 62703 | 62703 |
| Cap, Brake Spring (2) | | 3353956 | 3353956 | 3353956 |
| Spring, Brake | | 387806 | 387806 | 387806 |
| Sleeve, Brake Spring | | 3355360 | 3355360 | 3355360 |
| Cam, Brake Release | | 661516 | 661516 | 661516 |
| Sleeve, Cam | | 63022 | 63022 | 63022 |
| Driver, Brake Cam | | 64194 | 64194 | 64194 |
| Ring, Retaining | | 90368 | 90368 | 90368 |

LEGEND:
Highlighted or shaded rows indicate parts with variation.
* indicates parts which only vary in one model.

## GEARCASE PARTS

| Part Name | | Model: MVWC6ESWW1 | Model: MVWC7ESWW0 | Model: MVWC6ESWW0 |
|---|---|---|---|---|
| Gearcase (complete) | * | W10251783 | W10251783 | W10140301 |
| Cover, Gearcase | | 285202 | 285202 | 285202 |
| Seal, Gearcase Cover | | 3349985 | 3349985 | 3349985 |
| Sealer, Gasket (.20 Fl. Oz.) (6 ml) | | 285195 | 285195 | 285195 |
| Screw, Gearcase Cover Mounting (8) (10-24 x 3/8) | | 3351614 | 3351614 | 3351614 |
| Spin Pinion & Gear Spin Kit | | W10172898 | W10172898 | W10172898 |
| Seal, Spin Pinion (part of item 6, not serviced separately) | | | | |
| Ring, Retaining (2) | | 90369 | 90369 | 90369 |
| Retainer, Spring (2) | | 62677 | 62677 | 62677 |
| Spring, Agitate | | 62676 | 62676 | 62676 |
| Gear, Agitate (includes items 15 and 17) | | W10110245 | W10110245 | W10110245 |
| Washer, Agitate Gear | | 62619 | 62619 | 62619 |

## **GEARCASE PARTS**

| Part Name | | Model: MVWC6ESWW1 | Model: MVWC7ESWW0 | Model: MVWC6ESWW0 |
|---|---|---|---|---|
| | | | | |
| Cam Follower (includes item 14) | | 62580 | 62580 | 62580 |
| Cam, Agitate (includes item 13) | | 3976349 | 3976349 | 3976349 |
| Shaft, Agitator | | 389231 | 389231 | 389231 |
| Washer, Cam Thrust | | 62618 | 62618 | 62618 |
| Washer, Intermediate | | 388815 | 388815 | 388815 |
| Shaft, Agitator (Complete) | | 389387 | 389387 | 389387 |
| Bearing, Thrust (includes item 20) | | 16018 | 16018 | 16018 |
| Ball Bearing (includes item 19) | | 85529 | 85529 | 85529 |
| Seal, Thrust Plug | | W10111745 | W10111745 | W10111745 |
| Ring, Retaining | | 3362552 | 3362552 | 3362552 |
| Washer Kit, Thrust | | 285766 | 285766 | 285766 |
| Nuetral Assembly | | 388253 | 388253 | 388253 |
| Rack, Connecting | | 8546456 | 8546456 | 8546456 |
| Actuator, Shift | | 62621 | 62621 | 62621 |

## GEARCASE PARTS

| Part Name | | Model: MVWC6ESWW1 | Model: MVWC7ESWW0 | Model: MVWC6ESWW0 |
|---|---|---|---|---|
| | | | | |
| Gear, Main Drive (not serviced separately) | | | | |
| Bottom & Pinion Gearcase (not serviced separately) | | | | |

**LEGEND:**
Highlighted or shaded rows indicate parts with variation.
* indicates parts which only vary in one model.

| OPTIONAL PARTS (NOT INCLUDED) | | | | |
|---|---|---|---|---|
| **Part Name** | | **Model: MVWC6ESWW1** | **Model: MVWC7ESWW0** | **Model: MVWC6ESWW0** |
| Paint, Touch-Up (1/2 Oz.) | | 72017 | 72017 | 72017 |
| Paint, Pressurized Spray (12 Oz.) (Primer, Gray) | | 350938 | 350938 | 350938 |
| Paint Pressurized Spray (12 Oz.) (White) | | 350930 | 350930 | 350930 |
| Paint, Bulk (1 qt.) (White - Uncut) | | 799344 | 799344 | 799344 |
| Oil, Gearcase (16 Oz.) | | 350572 | 350572 | 350572 |
| Lubricant (Use only in brake shoe assembly on roller and pin) | | 285208 | 285208 | 285208 |
| Sealer, Gasket (.20 Fl. Oz.) (6 ml) | | 285195 | 285195 | 285195 |
| Drain Protector | | 367031 | 367031 | 367031 |
| Siphon Break Kit | | 280129 | 280129 | 280129 |
| Drain Hose Adapter Kit | | 280130 | 280130 | 280130 |
| Drain Hose Extension Kit | | 280131 | 280131 | 280131 |

| **OPTIONAL PARTS (NOT INCLUDED)** | | | |
|---|---|---|---|
| **Part Name** | | **Model: MVWC6ESWW1** | **Model: MVWC7ESWW0** | **Model: MVWC6ESWW0** |
| Inlet Hoses, 4 Ft. (two black hoses with straight ends and 4 rubber washers) | | 8212546RP | 8212546RP | 8212546RP |
| Inlet Hoses, 5 ft. (two black hoses with straight ends and 4 rubber washers) | | 8212641RP | 8212641RP | 8212641RP |
| Inlet Hoses, 5 ft. (one red hose and one blue hose with straight ends and 4 rubber washers) | | 8212545RP | 8212545RP | 8212545RP |
| Inlet Hoses, 5 ft. (two braided hoses with straight ends and 4 rubber washers) | | 8212487RP | 8212487RP | 8212487RP |
| Inlet Hoses, 6 ft. (two black hoses with one straight end and one 90 degree end and 4 rubber washers) | | 8212637RP | 8212637RP | 8212637RP |

## **OPTIONAL PARTS (NOT INCLUDED)**

| Part Name | | Model: MVWC6ESWW1 | Model: MVWC7ESWW0 | Model: MVWC6ESWW0 |
|---|---|---|---|---|
| Inlet Hoses, 6 ft. (two braided hoses with one straight end and one 90 degree end and 4 rubber washers) | | 8212638RP | 8212638RP | 8212638RP |
| Hose Washers (package of 4) | | 285448A | 285448A | 285448A |
| Hose Screen (package of 2) | | 285452A | 285452A | 285452A |

**LEGEND:**
Highlighted or shaded rows indicate parts with variation.
* indicates parts which only vary in one model.