## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WALT FAMULAR, HOWARD FRANK, NANCY FURLONG, JOHN NEWMAN, SHERRY ADAMS, RICHARD SPAHR, WILLIAM DAVID SEAY, DARLA MOULTON, and KARIN LEMAY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WHIRLPOOL CORPORATION, LOWE'S HOME CENTERS, LLC, HOME DEPOT U.S.A., INC., and SEARS HOLDINGS CORPORATION,<br><br>Defendants. | CASE NO. 7:16-cv-00944-VLB<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT** |

TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendants Whirlpool Corporation ("Whirlpool"), Lowe's Home Centers, LLC ("Lowe's"), and Sears Holding Corporation ("Sears") (collectively "Defendants") respectfully move to dismiss Plaintiffs' First Amended Class Action Complaint ("Amended Complaint") under Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6). In support, Defendants state:

1.	This Court lacks personal jurisdiction over Lowe's and Sear's, and it lacks personal jurisdiction over Whirlpool for the claims pled by Plaintiffs Howard Frank, Nancy Furlong, John Newman, Sherry Adams, Richard Spahr, William David Seay, Darla Moulton, and Karin Lemay.

2.	All of Plaintiffs' claims are time-barred by the applicable statutes of limitations.

3.	Several of Plaintiffs' claims must be dismissed for failure to state a claim upon which relief may be granted.

For these reasons, and the reasons identified in Defendants' Memorandum of Law in Support of Motion to Dismiss Plaintiffs' First Amended Class Action Complaint, Defendants request that this Court grant Defendants' motion and dismiss the Amended Complaint in its entirety and with prejudice.

Dated: May 12, 2016                                   Respectfully submitted,


                                                      *s/ Galen D. Bellamy*
                                                      Galen D. Bellamy
                                                      Eric L. Robertson
                                                      Wheeler Trigg O'Donnell LLP
                                                      370 Seventeenth Street, Suite 4500
                                                      Denver, CO 80202-5647
                                                      Telephone:  303.244.1800
                                                      Facsimile:   303.244.1879
                                                      Email:  bellamy@wtotrial.com
                                                              robertson@wtotrial.com

                                                      Attorneys for Defendants
                                                      Whirlpool Corporation, Lowe's Home Centers,
                                                      LLC, and Sears Holdings Corporation