UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
WALT FAMULAR, on behalf of himself and all :
others similarly situated, :
                Plaintiff, : **ORDER**
v. :
: 16 CV 944 (VB)
WHIRLPOOL CORPORATION, :
                Defendant. :
--------------------------------------------------------------x

      The Court has received and reviewed the parties' respective briefs concerning the effect of Chavez v. Occidental Chem. Corp., ---N.Y.3d---, 2020 WL 6136351 (N.Y. Oct. 20, 2020), on the timeliness of plaintiff's claims.

      Accordingly, it is hereby ORDERED that by December 7, 2020, plaintiff shall file a response, not to exceed five pages in length, to defendant's argument that "[i]n light of Chavez, Plaintiff Famular's individual claims are timely, but his class claims are not." (Doc. #142 at 2).

Dated: November 23, 2020
       White Plains, NY

                                     SO ORDERED:

                                     [signature]
                                     Vincent L. Briccetti
                                     United States District Judge