UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
WALT FAMULAR, individually and on behalf :
of all others similarly situated, :
                      Plaintiff, : **ORDER**
v. :
                       : 16 CV 944 (VB)
WHIRLPOOL CORPORATION, :
                      Defendant. :
--------------------------------------------------------------x

       As discussed at a telephone conference held on February 26, 2021, attended by counsel for all parties, it is HEREBY ORDERED:

       1.     This case is STAYED pending resolution of the appeal in Dzielak v. Whirlpool Corp., No. 20-2661 (3d Cir. August 14, 2020).

       2.     The parties are directed to submit a joint letter regarding the outcome of the appeal within 10 days thereof, or a further status update by **August 28, 2021**, and every 90 days thereafter, whichever is sooner.

Dated: February 26, 2021
       White Plains, NY

                                          SO ORDERED:

                                          Vincent L. Briccetti
                                          United States District Judge

1