UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
WALT FAMULAR, individually and on behalf :
of all others similarly situated, :
               Plaintiff, : **ORDER**
v. :
: 16 CV 944 (VB)
WHIRLPOOL CORPORATION, :
               Defendant. :
--------------------------------------------------------------x

      At a telephone conference held today, at which counsel for all parties appeared, the Court was advised the parties intend to file a stipulation and proposed order of dismissal with prejudice in this matter. Accordingly, it is HEREBY ORDERED:

      1.    By November 14, 2023, the parties shall file either (i) a stipulation and proposed order of dismissal with prejudice or (ii) a joint status report regarding settlement.

Dated: November 7, 2023
       White Plains, NY

                                          SO ORDERED:

                                          _____
                                          Vincent L. Briccetti
                                          United States District Judge